UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **08-60099-CR-ZLOCH**

**UNITED STATES OF AMERICA**

vs.

**BRADLEY BIRKENFELD,**

       **Defendant.**
_____/

### FIFTH JOINT MOTION TO CONTINUE SENTENCING

The United States of America, by and through undersigned counsel, and defendant Bradley Birkenfeld, by and through his counsel, hereby jointly move this Court to continue the defendant's sentencing, which is currently set for August 21, 2009. As ground in support of this motion, undersigned counsel would state the following factual basis:

1. On June 19, 2008 defendant Bradley Birkenfeld entered a plea of guilty pursuant to a plea agreement to one count of conspiring to defraud the United States. Pursuant to his plea agreement, defendant Birkenfeld has been working with the government to advance the objectives of the ongoing investigation. He continues to work with the government in this matter.

2. At the June 19, 2008 plea hearing, the parties acknowledged defendant Birkenfeld's cooperation with the government as well as the possibility of needing additional time to continue that cooperation.

3. Defendant Birkenfeld's cooperation is still ongoing. The investigation in question is focusing on activities in the United States and worldwide. In order to continue to maximize defendant Birkenfeld's cooperation, the parties ask that this Court continue defendant Birkenfeld's sentence to a date in October 2009.

4. Should this motion be granted, the parties agree that they will notify the Court in the event they are prepared for the sentencing hearing prior to the date to be set by the Court's Order in response to this motion.

5. Should this motion be granted, the parties ask that sentencing not be re-set for October 9th, 13th, or the week of October 26th.

Respectfully submitted,

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

By: /s KEVIN M. DOWNING
KEVIN M. DOWNING
SENIOR TRIAL ATTORNEY
MICHAEL P. BEN'ARY
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
TAX DIVISION

By: /s JEFFREY A. NEIMAN
JEFFREY A. NEIMAN
ASSISTANT UNITED STATES ATTORNEY

By: /s DAVID MEIER
DAVID MEIER
ROBERT STICKNEY
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 7, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

Dated: August 7, 2009

                              /s JEFFREY A. NEIMAN
                              Jeffrey A. Neiman
                              Assistant United States Attorney