```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 08-60099-CR-ZLOCH
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                    **O R D E R**

BRADLEY BIRKENFELD,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Government and Defendant Bradley Birkenfeld's Fifth Joint Motion To Continue Sentencing (DE 74). The Court has carefully considered the merits of said Motion and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Parties' Fifth Joint Motion To Continue Sentencing (DE 74) be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___7th___ day of August, 2009.

                                            /s/ William J. Zloch
                                            WILLIAM J. ZLOCH
                                            United States District Judge

cc:  Jeffrey A. Neiman, Esq., AUSA
     Kevin Downing, Esq., AUSA
     Peter Raben, Esq.
     Robert W. Stickney, Esq.
     David E. Meier, Esq.
     U.S. Probation