# Exhibit E

OFFICE OF THE CHIEF COUNSEL

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF DIVISION COUNSEL
SMALL BUSINESS/SELF-EMPLOYED
600 E. MAIN STREET, SUITE 1601
RICHMOND, VIRGINIA 23219-2430
(804) 916-3909
FAX: (804) 916-3939

August 14, 2009

CC:SB:2:RCH:JCMcDougal

David E. Meier, Esq.
Todd & Weld, LLP
Attorneys at Law
28 State Street
Boston, Massachusetts 02109

Reference: Bradley C. Birkenfeld

Dear Mr. Meier:

This is in response to your request for a letter confirming Mr. Birkenfeld's interactions with the Internal Revenue Service and the agency's use of the information he provided, for use at his sentencing, which is scheduled for August 21, 2009. Please be advised that I cannot speak for all of the Internal Revenue Service, but I can outline my interactions with Mr. Birkenfeld.

I met with Mr. Birkenfeld and his then counsel, David Dickieson on one occasion, on October 12, 2007. The meeting was at my request after I learned, in connection with a work detail to the staff of the Permanent Subcommittee on Investigations, that Mr. Birkenfeld had contacted the Subcommittee about his experiences with UBS. As my detail to the Subcommittee was about to end, I asked Mr. Birkenfeld's counsel if Mr. Birkenfeld would also be willing to meet with me when I returned to my position at the Internal Revenue Service. Mr. Birkenfeld agreed to meet with me and Internal Revenue Agent Daniel Reeves to provide us with background information related to the private banking industry, particularly private banks in foreign jurisdictions that provide banking services to U.S. persons. The understanding between Mr. Birkenfeld and myself at that meeting was that his information would be used as background only and that I would make no public use of the information without first obtaining the consent of Mr. Birkenfeld.

With that understanding, Mr. Birkenfeld explained his experiences as a private banker servicing U.S. clients on behalf of the Wealth Management office of UBS AG in Switzerland. He answered all questions put to him by me and Revenue Agent Reeves, although he provided no information on specific clients of the bank at that time, except for an example of limited information on one client.

The information provided to us by Mr. Birkenfeld was very useful to us in understanding the private banking industry and considering possible means of securing information about the unreported foreign banking activities of U.S. taxpayers. In addition, after Mr. Birkenfeld's arrest and agreement to cooperate with U.S. authorities, the IRS was able to use the information he provided as part of the basis for securing court approval of a John Doe summons to UBS AG for records of undeclared Swiss accounts of U.S. persons. It is my understanding that more specific information about the value of that information will be provided through the United States Department of Justice at a later date.

Sincerely,

By: John C. McDougal
John C. McDougal
Special Trial Attorney (Richmond)
(Small Business/Self-Employed)

cc: Kevin Downing
U.S. Department of Justice, Tax Division