# Exhibit G

S. Hrg. 110–614

# TAX HAVEN BANKS AND U.S. TAX COMPLIANCE

## HEARING

BEFORE THE

PERMANENT SUBCOMMITTEE ON INVESTIGATIONS

OF THE

COMMITTEE ON
HOMELAND SECURITY AND
GOVERNMENTAL AFFAIRS
UNITED STATES SENATE

OF THE

ONE HUNDRED TENTH CONGRESS

SECOND SESSION

JULY 17 AND 25, 2008

Available via http://www.gpoaccess.gov/congress/index.html

Printed for the use of the
Committee on Homeland Security and Governmental Affairs

U.S. GOVERNMENT PRINTING OFFICE

44–127 PDF WASHINGTON : 2008

For sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov Phone: toll free (866) 512–1800; DC area (202) 512–1800
Fax: (202) 512–2104 Mail: Stop IDCC, Washington, DC 20402–0001

Senator LEVIN. I want to thank you, Senator Coleman, again for your work on this matter, for the great work also of your staff. They have been essential.

Senator COLEMAN. It has been a very good bipartisan investigation, Mr. Chairman.

Senator LEVIN. Now, the next panel is Martin Liechti—and I hope I am pronouncing your name correctly, Mr. Liechti—the head of the Wealth Management Americas, which is part of the Wealth Management Business Bank Division of UBS. In this capacity, Mr. Liechti oversees, among other things, the activities of UBS private bankers in Switzerland who serve U.S. clients, and his offices are located in Zurich, Switzerland.

Pursuant to Rule VI, all witnesses who testify before the Subcommittee are required to be sworn. And at this time, I would ask you, Mr. Liechti, to please stand and raise your right hand. Do you solemnly swear that any testimony that you will give before this Subcommittee will be the truth, the whole truth, and nothing but the truth, so help you, God?

Mr. LIECHTI. Yes, I do.

**TESTIMONY OF MARTIN LIECHTI, HEAD, UBS WEALTH MANAGEMENT AMERICAS, ZURICH, SWITZERLAND, ACCOMPANIED BY DAVID M. ZORNOW, ESQUIRE**

Senator LEVIN. Do you have any opening remarks, Mr. Liechti?

Mr. ZORNOW. Mr. Chairman, we do not have an opening statement.

Senator LEVIN. Are you, Mr. Liechti, involved in setting and implementing policies that govern the practices of UBS private bankers in Switzerland who recruit and serve clients from the United States?

Mr. LIECHTI. Mr. Chairman, on advice of my counsel, I assert my rights under the Fifth Amendment to the U.S. Constitution and respectfully decline to answer your question.

Senator LEVIN. Mr. Liechti, as part of your responsibilities, do you travel to the United States?

Mr. LIECHTI. Mr. Chairman, on the advice of my counsel, I assert my rights under the Fifth Amendment to the U.S. Constitution, and I respectfully decline to answer your question.

Senator LEVIN. Mr. Liechti, you have been asked specific questions about matters of interest to this Subcommittee. In response to each question, you have asserted your Fifth Amendment privilege. Is it your intention to assert your Fifth Amendment privilege to any question that might be directed to you by the Subcommittee today?

Mr. LIECHTI. Yes, I do.

Senator LEVIN. Given the fact that you are asserting your Fifth Amendment right against self-incrimination to all questions asked of you by this Subcommittee, you are excused.

Mr. ZORNOW. Thank you, Mr. Chairman.

Mr. LIECHTI. Thank you.

Senator LEVIN. Thank you. We will now move to our final panel and call as our final witness today Mark Branson, the Chief Financial Officer of UBS Global Wealth Management and Business Banking of Zurich, Switzerland.

[Logo]
LGT Treuhand
A Member of Liechtenstein Global Trust

[redacted] = Redacted by the Permanent Subcommittee on Investigations

LGT Treuhand Corporation
Staedtle 18, FL-9490 Vaduz
Telephone: +423 235 27 27 Telefax: +423 235 27 15
E-Mail info@lgt.com
Internet: www.lgt.com
OR H. 702/63 – Location 9490 Vaduz - MWST-Nr. 50119

1/4

## Note for File

Subject: **New Establishment of LRAB Foundation, Vaduz [STAMPED]**

Writer/ Tel.: Mag. Hans-Joerg Gatt

Date: 13 September 2002 / HJG

For Execution: Barbara Gassner (BGI)

For Notice: Compliance [INITIALED] / Executive [INITIALED] / Team Management Sonja Sprenger

**1. Private Account with LGT BIL, Vaduz**
Relatively large sums will be transferred into the existing account with LGT BIL. For this reason, Mr. Skwarlc has called on Mr. Karl Frick from Compliance for a client meeting. The assessment from Karl Frick is attached as a copy.

**2. Marc Rich**
Marc Rich was the proprietor of a network of firms in Switzerland which were primarily active in merchandising. At times, over 1,500 persons in Switzerland alone were employed by him and a turnover of over USD 44.5 billion (2001, see copy) was achieved. He sold his portion to an employee, who continued to run the business as a firm under the name Glencore International. Marc Rich is a controversial person and very questionable with his methods. On the other side, in this year, one can see that subsequent deposits from Glencore were made into the private account of the [redacted] and therefore confirm the information of the clients.

**3. Evaluation of Compliance LGT BIL**
The good impression which I have from the clients is also confirmed in the attached email from Karl Frick of the bank. I would like to add the following. The out-going transfers from the private account with LGT BIL have an amount of ca. USD 1 Million/per year. These are the office costs, carrying costs and payments in the realm of their commercial activity. A small portion of the payments go however to the USA and Panama and may be classified as bribes. Glencore International asked its largest partner in Ecuador to pass these payments on to third parties. This system was first established in 2002 and, for this reason, the clients are very unlucky. Previously, the payments from Glencore International were made directly to said persons. [redacted] declares that he will speak with Glencore again, but is also afraid that they could lose Glencore as clients.

**4. Panama Corporation**
I have discussed the possibility of a Panama Corporation as account holder and "transit account" with the clients. I have however, in agreement with SPR, dismissed our acting as director of such a corporation. My impression is that the clients know their situation very well; they can also asses the risks very well, but cannot change any part of their situation at the moment. The payments are however discussed with Karl Frick and can occur further.

[SIGNED]
Mag. Hans-Joerg Gatt



**Wealth Management and Business Banking**
**CLIENT ADVISOR'S GUIDELINES FOR IMPLEMENTATION AND MANAGEMENT OF DISCRETIONARY ASSET MANAGEMENT RELATIONSHIP WITH U.S. CLIENTS**

**Introduction**

As of January 2002, UBS has determined to serve its U.S. resident client base through their existing banking relationships, for clients with securities holdings ideally coupled with a discretionary asset management relationship. In no cases, will UBS entertain relationships with securities-related communication from or to the United States. Client Advisors have a significant role in implementing the discretionary asset management relationship and managing it for those clients that adopt it. They also must make sure that no securities-related communication from or to U.S. territory occurs. These guidelines set out the effect of adopting the discretionary asset management relationship, the process for implementing its adoption for clients and guidelines for managing the discretionary asset management relationship once it is adopted by the clients.

**A. Effect of adopting the discretionary asset management relationship**

Most importantly, UBS will have the duty to manage the client's discretionary account in accordance with the investment mandate selected by the client. However, because the client is granting UBS discretionary authority, UBS will make decisions concerning the trades in securities to be made in the discretionary account.

Under United States (US) tax regulations, trades in foreign (non-US) securities on behalf of a US person – effected by a UBS portfolio manager with discretion from a bank office of a non-US bank outside the territory of the US – will not be viewed as being done on US territory, and will therefore be considered to be effected outside of the US. Accordingly, such trades will not be subject to reporting under [the US Internal Revenue Service's (IRS) deemed sales rules or the QI Agreement, which UBS has entered into with the US IRS.

Under US securities regulations, trades effected in securities - by a UBS portfolio manager with discretion from a bank office of a non-US bank outside the territory of the US – should not trigger registration requirements under the US laws governing brokers and investment advisers (provided, in the case of the law governing investment advisers, the guidelines set out below for the management of the discretionary asset management relationship are carefully followed).

**B. Process for implementing the discretionary asset management relationship**

In summary, (and subject to special treatment for some non-standard clients discussed below), US client relationships will be restructured into discretionary asset management contracts (i.e., PM mandates or managed fund portfolios), (1) through a letter (and in some cases, a phone call) to the client alerting the client that no securities orders will be accepted from them, (2) oral agreement (by telephone) by the client to the discretionary asset management relationship and (3) follow-up as soon as possible to obtain a contract that must be concluded and signed outside the US at the next possible meeting.

Immediate Action – As of 17 January 2002

(1) Send letter to all PB and PCC clients (except APS/AFS and W-9 clients)
(2) Cease to accept customer instructions from US territory
(3) Ensure retained mail implemented for all PB and PCC clients
(4) Prepare for call to PB and PCC clients by: (a) identifying active traders, (b) determining the appropriate investment mandate and whether there are any special instructions, (c) determining standard pricing for asset size and investment mandate
(5) Start calling all PB and PCC clients that conduct active trading [visit key clients] to obtain the agreement of such clients to the discretionary asset management relationship: use attached Sample Question and Answer and Note to File which includes the details that must be covered in obtaining the client's agreement to the discretionary relationship

RRL-ORB-0000285

Permanent Subcommittee on Investigations
**EXHIBIT #84**

Follow up Action

(1) If client agrees, arrange and hold meeting with client outside of the U.S. for client to sign documents
(2) If client does not agree, complete asset transfer instructions

Ongoing Action for non-active Clients

When a trading instruction is received from clients, follow step (4)(b) and (c) and (5) above under Immediate Action and take appropriate step under Follow up Action

APS/AFS Clients

Such contracts (note: not the entire relationship) have to be terminated immediately

W-9 Clients

W-9 clients have been centralized into a specialized unit to ensure appropriate handling. Please refer to the following link:

http://bw.ubs.com/page/0/36/0,1080,636-157251-1-0,00.shtml

C. Guidelines for managing the discretionary asset management relationship once it is adopted

It is critical that no further instructions are received from PB and PCC clients while they are in the US. In addition, Client Advisers are not permitted to communicate advice or information about the client's securities portfolio while the client is in the US. Set out below are the kinds of communications that are not permitted and the kinds of communications that are permitted.

Communications that are not permitted

No marketing of advisory or brokerage services regarding securities –

- No direct mailings
- No telemarketing
- No e-mail or other electronic communications
- No seminars

No use of US mails, e-mail, courier delivery or facsimile regarding the client's securities portfolio –

- All account documentation must be executed outside of the US
- No account statements, confirmations, performance reports or any other communications

No use of telephone calls into the US regarding the client's securities portfolio –

- No calls to client regarding performance, securities purchased or sold or changes in the investment mandate for the client
- No responding to inquiries regarding any of the same if the client calls from the US

No discussion of or delivery of documents concerning the client's securities portfolio while on visits in the US with the client –

- No discussion of performance, securities purchased or sold or changes in the investment mandate for the client
- No delivery of documents regarding performance, securities purchased or sold or changes in the investment mandate for the client

PSI-OPB - 0000286



Client Advisors may communicate with the clients regarding any aspect of the client's private banking relationship – except the securities portfolio – (in the case of PB clients) and banking (in the case of PCC clients) with UBS. These aspects could include information or discussion regarding, for example, the client's deposit account, non-securities holdings or loans. Communications regarding these aspects of the relationship can take place while the client is in the US through the telephone, mails, email, facsimile or while the Client Advisor is visiting in the US with the client.

PSI-OPB - 0000287

# Cross-Border Banking Activities into the United States (version November 2004)

1. **Introduction; Regulated Activities in United States and Status of UBS Entities**

**The U.S. legal regulatory framework draws an important distinction between banking and securities activities:**

**Banking activities**, most important cash and custody services, are governed by various federal and state laws and are regulated by various federal and state banking supervisors, including, in the case of UBS AG's branches, agencies, and bank depository subsidiaries, the Federal Reserve Board (the "Board"), the Office of the Comptroller of the Currency ("OCC"), the Federal Deposit Insurance Corporation ("FDIC") and the Connecticut, Illinois and Utah state banking departments.

**Securities related activities** (i.e., broker-dealer, investment advisor) are governed by various federal and state laws and are regulated by the Securities and Exchange Commission ("SEC") and state securities supervisors. Broker-dealers also are members of, and governed by, a self-regulatory organization ("SRO") known as the National Association of Securities Dealers ("NASD"). There is a separate regulator and regulatory scheme for providers of commodities services.

UBS AG has several U.S. branches and agencies and various non-banking subsidiaries all properly licensed, but these licenses do not encompass cross-border services provided to U.S. residents by UBS AG offices or affiliates outside of the United States. (Unless otherwise specified, all references herein to "UBS AG" refer to offices located, or employees based, outside of the United States).

2. **Advertising & Events**

**Advertising:** Some state laws prohibit banks without a banking license from that state from soliciting deposits from that state's residents. States also may prohibit non-licensed lenders from making certain loans to consumers in such states. Any entity outside of the United States that is not registered with the SEC (and, in the case of brokerage activities, with the NASD) may not advertise securities services or products in the United States. Therefore, UBS AG will not advertise and market for its services with material going beyond generic information relating to the image of UBS AG and its brand in the U.S.

**Events.** UBS AG may not organize, absent an opinion from Legal, events in the U.S.

3. **Establishing Relationships with New Clients Resident in the United States**

**Securities services/products.** UBS AG may not establish relationships for securities products or services with new clients resident in the United States with the use of U.S. jurisdictional means. Thus, it must ensure that it does not contact securities clients in the United States through telephone, mail, e-mail, advertising, the internet or personal visits.

**Banking services/products.** To avoid possible violations of state law and/or to avoid establishing and maintaining a place of business in the United States, UBS AG should ensure that:

- No marketing or advertising activity targeted to U.S. persons takes place in the United States;
- No solicitation of account opening takes place in the United States;
- No cold calling or prospecting into the United States takes place;

Permanent Subcommittee on Investigations
EXHIBIT #85

PSI-OPB - 0000103



- No negotiating or concluding of contracts takes place in the United States;
- No carrying or transmitting of cash or other valuables of whatever nature out of the United States takes place; The same applies to actively organizing such transfers or attempting to circumvent this prohibition through other means.
- No routine certification of signatures, transmission of completed account documentation, or related administrative activity on behalf of UBS AG takes place;
- Employees do not carry on substantial activities at fixed location(s) while in the United States thereby establishing an office or maintaining a place of business.

**Outside the United States.** Soliciting and accepting banking business from U.S. residents while they are outside of the United States generally is not problematic.

4. **Maintaining Relationships with Clients Resident in the United States**

**Securities services/products.** UBS AG may not maintain relationships for securities services or products with clients resident in the United States, unless the relationship is conducted without the use of U.S. means (*e.g.*, telephone, mail, e-mail, advertising, the internet or personal visits into the United States) and consistent with procedures UBS AG has established in this regard.

**Banking services/products.** If UBS AG obtains a U.S. resident client for banking services without violating the restrictions set forth in section 3 above, it may service the account:

- UBS AG may provide statements, account information and transaction confirmations to the client, provided it does so in accordance with the terms agreed by the client and in compliance with all applicable internal procedures.
- UBS AG may provide product and service information subject to the points mentioned in section 6 below.
- UBS AG may certify signatures, transmit account documentation and conduct related administrative activity for existing clients.

Under no circumstances will UBS AG be carrying or transporting cash and other valuables of whatever nature on behalf of clients into or out of the United States. The same applies to actively organizing such transfers or attempting to circumvent the prohibition.

**When traveling cross-border, UBS AG employees always must remember that all clients of UBS AG expect us to take all necessary steps to safeguard confidentiality. Client advisors are referred to separate guidance on the protection of confidential information and other available resources that may assist.**

5. **Dealing with Financial Intermediaries and other Non-Private Clients Resident in the United States**

**Securities services/products.** UBS AG may not deal with financial intermediaries or other non-private clients resident in the United States in matters relating to securities services and products, except for registered broker-dealers and U.S. licensed banks, provided that it does not directly or indirectly deal with the private and non-private clients of such broker-dealers and banks.

**Banking services/products.** UBS AG may accept referrals from financial intermediaries in the United States, provided that the financial intermediaries (i) do not work for UBS AG, (ii) do not actively market UBS AG services and products, and (iii) make referrals only to accommodate client requests. In dealing with such intermediaries, UBS AG must comply with the restrictions set forth in sections 3 and 4 above.

6. **Product Offering**

PSI-OPB - 0000104

curities products. All securities products offered to U.S. persons must be compliant with U.S. laws, which nerally means that they must be registered with the SEC. The purchase of securities may be exempt from gistration if certain conditions are met.

ending products. It may be necessary to obtain a state license to offer lending products, depending on the rpose, amount, interest rate and borrower of the product. There is a reasonable argument that federal consumer otection laws do not apply to products offered by non-U.S. entities, but state consumer protection laws (e.g. anti-ury) may apply.

esearch. UBS AG research may not be distributed to clients in the United States, except in very limited rcumstances.

E-Banking. UBS AG has implemented specific restrictions for e-banking for U.S. customers.







UBS

For Internal Use Only

# Restrictions on Cross-Border Banking and Financial Services Activities

## Country Paper USA[1]

(Effective Date June, 1st, 2007)

Permanent Subcommittee on Investigations
EXHIBIT #86

[1] The terms "USA" or "United States" for the purposes of this paper also embraces all territories and dependencies of the United States, e.g., Puerto Rico.

# 1. Introduction

1.1 **Overview of U.S. Regulatory Framework**: The United States has a comprehensive legal framework concerning the regulation of banking and securities services that generally requires a financial institution that provides banking or securities services to persons in the United States to be licensed by an appropriate federal regulator and/or one or more U.S. state regulators. The U.S. legal regulatory framework distinguishes between banking and securities activities (and among particular securities activities, i.e., investment advice [including discretionary asset management], brokerage, and investment funds). As discussed below, in some cases the rules relating to securities services are more restrictive than the rules applicable to banking services.

1.2 **U.S. Presence of UBS Global WM&BB**: UBS AG has several U.S. offices and affiliates, each a "U.S. Licensed Office", that are licensed to provide banking services, securities services, or both in various U.S. states (such as UBS AG's branch offices in New York and UBS Financial Services Inc.). However, these licenses do not permit non-U.S. offices or affiliates of UBS AG to provide banking or securities services to U.S. residents.[1]

1.3 **Purpose of this Paper**: In addition to its U.S. Licensed Offices, UBS AG, through the employees of its non-U.S. offices and affiliates ("UBS Employees"), is interested in servicing U.S. residents, but only to the extent permitted by U.S. law. Failure to comply with U.S. rules and regulations may result in substantial civil, administrative and criminal sanctions against UBS AG and its employees and could have a substantial negative impact on UBS AG's reputation in the United States. Accordingly, all UBS non-U.S. offices and affiliates must conduct their business with U.S. residents in strict accordance with the rules and limitations set forth in this Country Paper.

This paper is intended for use by (i) any UBS Employee who has any contact with an existing or prospective client who is a resident of the United States, including but not limited to Traveling Officers, and (ii) any UBS Employee who has supervisory or compliance responsibilities with respect to such UBS Employees. All staff concerned must sign the certification mentioned in Section 2.1.3. to confirm compliance with this Country Paper.

1.4 **Definitions**

1.4.1 **UBS AG or UBS**: Unless stated otherwise, references to "UBS AG" or "UBS" refer to offices or affiliates of UBS AG located outside of the United States.

1.4.2 **UBS Employee**: Any employee or officer of a non-U.S. office or affiliate of UBS.

1.4.3 **Traveling Officer**: Any UBS Employee who travels to the United States and meets with a person resident in the United States who is either an existing or prospective client of UBS.

[1] UBS Swiss Financial Advisers AG ("UBS SFA"), a Swiss subsidiary of UBS AG registered with the U.S. Securities Exchange Commission ("SEC") as an investment adviser and with the Swiss Federal Banking Commission as a securities dealer is able to solicit U.S. resident prospects and service U.S. resident customers. As with U.S. Licensed Offices UBS SFA's licenses do not permit other non-U.S. offices or affiliates of UBS AG to provide banking or securities services to U.S. residents.

PSI-OPB - 0000269







1.4.4 **Communication Concerning Securities Services or Products**: Any communication to facilitate, induce or attempt to induce a securities transaction or any communication concerning the advisability of purchasing or selling a specific security or securities in general.

1.5 **More Information**: Questions concerning this paper or the obligations and limitations discussed in this paper should be directed to:

**Franz Zimmermann, Legal, Global WM&BB**

**Thomas Christen, US Competence Center, Global WM&BB**

PSI-OPB - 0000270

## 2. General Principles

2.1 **Travel to the United States**: UBS Employees may travel to the United States to meet with existing and prospective clients so long as all of the requirements and restrictions of this Country Paper are met.

2.1.1 Travels must be kept to a minimum.

2.1.2 Each Traveling Officer must be properly trained on the rules set forth in this Country Paper before traveling.

2.1.3 Each Traveling Officer must confirm compliance with the restrictions set forth in this Country Paper by signing a specific certification.

2.1.4 Before each trip to the United States, a Traveling Officer must obtain specific approval from his or her supervisor supported by submission of a travel plan listing those events the Traveling Officer intends to attend, and those existing and prospective clients the Traveling Officer intends to meet.

2.1.5 After returning from each trip to the United States, a Traveling Officer must report to his or her supervisor about all events attended and all existing and prospective clients visited, and to confirm that he or she complied with the provisions of this Country Paper.

2.2 **UBS Activities Outside of the United States**: The restrictions set forth in this Country Paper generally do not apply to communications or dealings between UBS and an existing or prospective client while that client is located outside of the United States.

2.3 **No Place of Business in the United States**: A UBS Employee may not engage in any activity that would result in UBS establishing a place of business in the United States.

2.3.1 A Traveling Officer <u>must not</u> carry on substantial activities at any fixed location in the United States thereby establishing an office or maintaining a place of business.

2.3.2 An existing or prospective client should not be able to predict or anticipate when or where a Traveling Officer will be in the United States without having made a specific appointment.

2.4 **No Communications Concerning Securities Services or Products via U.S. Jurisdictional Means**

2.4.1 A UBS Employee may not communicate concerning securities services or products with a person resident in the United States when such person is in the United States. This includes visits at a U.S. address and communications by mail, telephone, e-mail, facsimile, telex or otherwise to the United States.

2.4.2 A client relationship for a U.S. resident with securities holdings must either (i) be subject to a strictly enforced retained mail policy or (ii) have a correspondence address outside the United States.

2.4.3 Any client request to receive mail relating to a securities account at a U.S. address or otherwise receive information concerning securities services or products in the United States <u>must be denied</u>.

PSI-OPB - 0000271





2.4.4 While in the United States a Traveling Officer <u>must not</u> discuss securities services or products with a client.

2.4.5 While in the United States, a Traveling Officer <u>must not</u> hand out to the client any document that relates to the client's securities holdings.

2.4.6 While in the United States, a Traveling Officer <u>must not</u> distribute to, collect from, or discuss with an existing or prospective client any contract, brochure or other document that relates to securities services or products

2.4.7 A UBS Employee, including a Traveling Officer, must respond to a U.S. resident client's inquiries concerning securities services or products that, if the client wishes to discuss these matters, he or she must do so when outside the United States.

2.5 **No Solicitations in the United States**: A UBS Employee must abstain from any activity that could be construed as soliciting securities or banking business from persons located in the United States. In this regard, the following general restrictions apply.

2.5.1 **Advertising**: UBS may not advertise UBS's banking and securities services in the United States other than with materials that provide generic information relating to the image of UBS and its brand in the United States. Such materials may not include information about any specific service or product offered by UBS and may not include references to banking, or securities products or services. Legal must approve an advertisement before it may be distributed in the United States.

2.5.2 **Events**: A Traveling Officer may only organize or participate in an event in the United States after receiving specific approval for that event from Legal. Any such event organized by UBS, its US-offices or affiliates, or third parties must be limited to discussing general information about UBS or banking services. Under no circumstances may a Traveling Officer solicit banking or securities business or discuss securities-related matters at such events.

2.5.3 **Dealing with Financial Intermediaries in the United States**: Any contractual arrangement with a U.S. based Financial Intermediary must be approved in advance by Legal. UBS may not enter into any arrangements with other UBS-units or third parties (e.g. Finders, Financial Intermediaries wherever located) specifically designed to refer U.S. resident persons to UBS.

2.5.4 **Cold Calls**: A UBS Employee may not make cold calls to any person located in the United States.

2.5.5 **Distributing Account Opening Documents**:

2.5.5.1 No person may distribute contractual documentation relating to securities services or products to any person located in the United States.

2.5.5.2 No person may distribute account opening documents as described in section 4.3.1 below <u>unless</u> the document is expressly requested by a client or prospective client.

2.6 **Accepting or Facilitating Transfers of Assets**

2.6.1 A Traveling Officer <u>must not</u> transport cash, bills, checks, securities or any other valuables into, out of or within the United States on behalf of an existing or prospective client.

2.6.2 A Traveling Officer or other UBS Employee <u>must not</u> otherwise organize such transfers or take any other step to attempt to circumvent this prohibition through other means.

PSI-OPB - 0000272

2.7 **Executing Contracts:** A Traveling Officer may not execute any contract on behalf of UBS while in the United States

2.8 **Emergencies:**

The Security Risk Control Hotline +41 44 234 24 24 is always available (24 hours a day) for emergency calls regarding any urgent matter.

2.9 **Adherence to Law:** A UBS Employee may not take any step that would assist any person to violate or evade any applicable law.

2.9.1 A UBS Employee must not give any advice to prospective or existing clients on how to evade taxes or circumvent any other relevant restrictions applicable to them.

2.10 **Adherence to Relevant UBS Directives and Procedures:** In addition to the limitations discussed above, all client relationships remain subject to all relevant regulations set-forth in more detail by pertinent directives, policies and procedures. In particular, client relationships are subject to:

2.10.1 Relevant AML/KYC and related requirements which apply to the respective booking center.

2.10.2 All investment profiling and similar requirements relating to the products and services the client wishes to receive.

2.11 **Product-Specific Issues**

2.11.1 **Securities products.** All persons offering securities to U.S. persons must comply with U.S. laws which generally means that the securities offered must be registered with the SEC. The purchase of securities may however be exempt from registration if certain conditions are met. Legal will direct the business either by issuing general guidance or on a case-by-case basis.

2.11.2 **Lending products.** It may be necessary to obtain a state license to offer lending products, depending on the purpose, amount, interest rate and borrower of the product. Legal will direct the business either by issuing general guidance or on a case-by-case basis.

2.11.3 **Research.** UBS research may not be distributed to clients in the United States, except in very limited circumstances. Approval must be obtained from Legal before distributing any UBS research to a U.S. resident.

2.11.4 **E-Banking.** UBS has implemented specific restrictions for e-banking for U.S. customers.





## 3. Servicing Existing Clients Located in the United States

3.1 **General Restrictions:** With respect to a U.S. resident who is already a client of UBS all of the restrictions outlined in Section 2 above continue to apply.

3.2 **Permissible Activities:** If UBS AG has obtained a U.S. resident client for banking services (e.g., the client is acquired on an unsolicited basis), UBS employees may take additional steps with respect to a banking account. The following applies to banking services not securities services.

3.2.1 A UBS Employee may provide statements, account information and transaction confirmations to the client in the United States, provided (i) such documents relate only to banking services and not to securities services or products; and (ii) the UBS Employee delivers the documents in accordance with the terms agreed by the client and in compliance with all applicable internal procedures.

3.2.2 A UBS Employee may provide banking services and product information subject to the product restrictions discussed in section 2.11 above.

3.2.3 While in the United States, a Traveling Officer may certify signatures, transmit (updated) account documentation and conduct related administrative activity for existing clients so long as such activities relate only to banking services or products.

3.3 **Activities with Existing Securities Client:** In any meeting, the Traveling Officer may not communicate with the client concerning securities services or products. If an existing securities client who has not entered into a discretionary mandate with UBS inquires whether a better structure for receiving services exists, the Traveling Officer may confirm that there is (i.e., a discretionary mandate) but indicate that any other discussion would have to take place outside of the United States.

UBS

For Internal Use Only

## 4. Establishing Relationships with New Clients in the United States ("Prospecting")

4. **No Active Prospecting-Principle**

UBS will abstain from any active prospecting of any U.S. based persons. Further, a UBS Employee must adhere to all of the restrictions set forth in Section 2 above when communicating or dealing with a prospective client.

4.2 **Permissible Activities:** Traveling Officers and other UBS staff may however:

4.2.1 Contact prospects who have articulated an interest for banking services and are referred by existing clients or U.S. Licensed Offices .

4.2.2 Talk to prospects who have shown an interest for banking services about their personal circumstances, topics of general economic interest and UBS in general.

4.2.3 Under no circumstances may a UBS Employee who communicates with a prospective client concerning banking products or services communicate with that prospective client concerning securities services or products.

4.3 **Account Opening Process:** If a Traveling Officer meets with a prospective client (as described in Section 4.2 above) and the prospective client asks to open a banking account with UBS, the following process should be followed.

4.3.1 A Traveling Officer may distribute to an unsolicited banking services prospect the standard UBS account opening documentation in the United States. However, UBS forms that relate to securities business (e.g. an Asset Management Agreement) can only be offered to or discussed with the prospect when he or she is outside of the United States.

4.3.2 An unsolicited banking services prospect may execute the standard UBS account opening documentation in the United States. However, the prospective client must return the forms to the appropriate UBS booking center by mail.

4.3.3 Traveling Officers may not be directly involved in the execution of the account opening documentation while in the United States or in the mailing of the documentation from the prospective client to the booking center outside of the United States.

4.3.4 Further guidance with regard to the correct completion of contractual forms (client details, signatures, locations, dates) can be found in section 2.1.1 of the Compliance & Legal Manual.

4.3.5 Account openings generally will not occur by means of correspondence (i.e. no account opening documentation is sent to the United States).





Strictly private and confidential

# KeyClients in NAM
# Business Case 2005-2005

UBS
Wealth Management



Permanent Subcommittee on Investigations
EXHIBIT #87

# Table of Contents


- Market Assessment
- Restrictive Regulatory Environment
- Competitive Environment
- Assessment of current KeyClient base
- Key Success Factors
- Marketing Strategy
- Goals


UBS
Wealth Management



492

030

# Restrictive Regulatory Environment

UBS
Wealth Management

493

039

## Restrictive Regulatory Environment

- Main Restrictive Regulations
- Descriptions
- Implications

494

UBS
Wealth Management



0040

## Restrictive Regulatory Environment

Main Restrictive US Regulations (Booking center CH)

- Qualified Intermediary Status (QI)
- Deemed Sales Requirements
- Voluntary Disclosure / I.R.S.
- Patriot Act I & II
- Broker Dealer Act
- Investment Advisor Act

495

Main Restrictive Canadian Regulations

- The Bank Act (s. 510)

UBS
Wealth Management



041

## Restrictive Regulatory Environment

Description of Main Restrictive US Regulations (booking center CH)

- QI agreement covers US Securities. Clients who are liable to taxation in the US can hold US securities only if they are declared. US clients with undeclared accounts may no longer hold any US securities.
- The Deemed Sales Rules enlarge the scope of the QI agreement to cover non-US securities for US persons. It makes it necessary for UBS to cease to accept securities instructions from within the US.
- Voluntary Disclosure: the government encourages US tax payers to come forward to voluntarily register and pay prior tax obligations and penalties.

496



## Restrictive Regulatory Environment

- USA PATRIOT ACT: "Uniting and Strengthening of America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism". Imposition of strict Know Your Customer Regulations, and constant monitoring of money movements.
- Broker-Dealer and Investment Advisor Acts: Laws requiring broker/dealers, investment advisors and firms providing investment advice to register with the SEC and adhere to SEC regulations.

497

## Restrictive Regulatory Environment

Description of Main Restrictive Canada Domestic Regulations

- Section 510 is the key provision of the Bank Act with respect to proposed activities of a foreign bank. It is not permissible for non-Canadians banks outside of Canada to seek out banking relationships with Canadian residents while the residents are in Canada. Generally speaking, UBS AG would not be permitted to provide broker-dealer type services, investment management or advisory services in Canada without being registered to provide such services with the appropriate provincial regulatory body. 498

UBS
Wealth Management



0044

## Restrictive Regulatory Environment

Implications for UBS (booking center CH)

- US Regulations: Decrease in traditional advantages, and existing loss of Simple Assets (US Offshore Voluntary Disclosure).
- Canadian Regulations: Closer attention is necessary in regard to giving domestic clients investment advice, and with marketing and promotional activities. Employees of UBS who are not registered in Canada also need to be careful not to negotiate or enter into contract within Canada. 499

Implications for UBS (Canada Domestic)

- Full registration of CA is required to proactively market own services in Canada.

UBS
Wealth Management



0045

# Assessment of Current KeyClient Base

UBS
Wealth Management

500

052

# Assessment of Current KC Base

**KCs Statistics**

| 2002 | Number of Clients | Total Assets* | Net New Money* | Net Revenues* | Return on Assets | Actively Managed Shares |
|---|---|---|---|---|---|---|
| Total KC | 23 | 2'047'227 | 774'826 | 14'049 | 0.88 | 49.49% |
| Total NAM all segments | 11'170 | 21'117'661 | 241'650 | 150'008 | 1.00 | 48.26% |

* Numbers are listed in thousands of CHF

Comment:

The RoA is extremely high. Therefore, we anticipate a decrease due to an increasing competition.

UBS
Wealth Management



501

055

502

UBS

UBS AG
P.O. Box, 8098 Zurich
Tel. +41 1 234 11 11

Daniel H. Perron
[illegible] 16
8001 Zürich

Tel. +41 1 237 70 70
Fax +41 1 237 70 77
[illegible]

www.ubs.com

BB 8

November 4, 2002

Dear client

From our recent conversations we understand that you are concerned that UBS' stance on keeping its U.S. customers' information strictly confidential may have changed especially as a result of the acquisition of Paine Webber. We are writing to reassure you that your fear is unjustified and wish to outline only some of the reasons why the protection of client data can not possibly be compromised upon:

- The sharing of customer data with a UBS unit/affiliate located abroad without sufficient customer consent constitutes a violation of Swiss banking secrecy provisions and exposes the bank employee concerned to severe criminal sanctions. Further, we should like to underscore that a Swiss bank which runs afoul of Swiss privacy laws will face sanctions by its Swiss regulator, the Swiss Federal Banking Commission, which can amount up to the revocation of the bank's charter. Already against this background, it must be clear that information relative to your Swiss banking relationship is as safe as ever and that the possibility of putting pressure on our U.S. units does not change anything. Our bank has had offices in the United States as early as 1939 and has therefore been exposed to the risk of US authorities asserting jurisdiction over assets booked abroad since decades. Please note that our bank has a successful track record of challenging such attempts.

- As you are aware of, UBS (as all other major Swiss banks) has asked for and obtained the status of a Qualified Intermediary under U.S. tax laws. The QI regime fully respects client confidentiality as customer information are only disclosed to U.S. tax authorities based on the provision of a W-9 form. Should a customer choose not to execute such a form, the client is barred from investments in US securities but under no circumstances will his/her identity be revealed. Consequently, UBS's entire compliance with its QI obligations does not create the risk that his/her identity be shared with U.S. authorities.

We look forward to working with you.

Sincerely,
UBS AG

Michel P. Guignard
Executive Director

Daniel H. Perron
Executive Director

Permanent Subcommittee on Investigations
EXHIBIT #88

PSI-OPB - 0000022

503

From: Liechti, Martin

Subject: Happy New Year

Welcome to the new year! I hope you enjoyed the holidays with your family and friends and took the opportunity to relax and "recharge your batteries".

We achieved much in 2006 and I thank you for your huge efforts and dedication to the Americas.

The markets are growing fast, and our competition is catching up. Also, new competition, like Itau, is showing up on the radar. The answer to guarantee our future is GROWTH. We have grown from CHF 4 million per Client Advisor in 2004 to 17 million in 2006. We need to keep up with our ambitions and go to 60 million per Client Advisor! Best shift will have to be implemented to keep up and bring our RoA to 100 bp.

Our ambitions:

100 RoA
60 NNM per CA
100% Satisfied Clients
100% UBP

In the Chinese Horoscope, 2007 is the year of the pig. In many cultures, the pig is a symbol for "luck". While it's always good to have bit of luck, it is not luck that leads to success. Success is the result of vision and purpose, hard work and passion. We have to put ourselves into a position where "luck" can find us! That we can do by sharpening our focus on our priorities for this year, which are:

To reach our ambitions don't try the extraordinary, but do the ordinary in an extraordinary way!

Our Senior Managers and our Desk Heads must CREATE, CARE and COACH the A-TEAM!

Together as a team I am convinced we will succeed!

With best wishes for the New Year,

Martin Liechti

Permanent Subcommittee on Investigations
EXHIBIT #89

[redacted]

Page URL: http://bw.ubs.com/page/0,1060,636-142506-1-6526,00.asp
FB Americas International News · Monday, 2 June 2003 · 14:23

# Referral Campaign BU Americas

Dear Colleagues,

The first five months of this year have been very challenging for our industry. The decline in investor confidence, the military conflict in the Middle East, and the ever increasing regulatory scrutiny that has descended upon our business, continue to present difficult challenges. We are, however, convinced that even in this difficult environment, we are well-positioned to provide our clients with the best solutions for their financial needs.

Net New Money is, as you know, a key element for our success. This means that we all have to work hard to achieve our NNM goals for 2003 and the years to come. In order to reach this goal, two main initiatives have been launched: The KeyClient initiative and the Referral Program within UBS. These initiatives have two goals: On the one side they will, as I said, help us to achieve our NNM targets. On the other side, they should help us to increase co-operation between UBSI, the Private Bank and the other Business Groups of UBS and between the Client Advisors and the Product Specialists. The success of these initiatives is crucial for the success of the Integrated Business Model of UBS, thus crucial for our success.

The Referral Agreement, which we have been elaborating during the previous weeks, has been signed and contains the following key point: Each Country Team making a referral will get 0.33% of the revenues generated by the Financial Advisor over a time period of four years. As you know, we set, at the beginning of the year, a target of 5 referrals per BA to be made. I am aware that it is a challenge to reach this goal. In acknowledgement of your effort and commitment, I would like to award the Client Advisor in each Country Team who achieves, until the 31st of December 2003, the most referrals (amount of money and number of referrals), but at least the 5 referrals set as target, with a Breitling wristwatch. The same will be valid for the Rep Officer (including all Rep Offices in Latin America) who achieves this goal. Since 2003 will be a unique "brand year" in UBS' history, each Breitling watch we award will be "customized" with the UBS logo.

Although 2003 is likely to remain a challenging year for investors, we are well positioned to build on our strengths, capabilities and services. Our excellent reputation for client service combined with the continued 'flight to quality' will help us to gain more market share. We are committed to become the pre-eminent advisor to our clients' financial affairs. It is therefore imperative that you give this campaign the attention it deserves. I am already looking forward to awarding those of you who will achieve this goal!

Martin Liechti

Permanent Subcommittee on Investigations
EXHIBIT #90





- White dial with luminous hands and hour markers.
- Date display.
- Stainless steel case.
- Black leather strap.
- Water-resistant to 330 feet.
- Sapphire crystal.
- Automatic movement.



- Mother-of-pearl dial with luminous hour markers.
- Date display.
- Stainless steel case.
- Black leather diver strap.
- Water-resistant to 330 feet.
- Sapphire crystal.
- Superquartz movement.

02-Jun-2003, © UBS AG Bankweb All rights reserved, for internal use only, published by Christian Joerg Stettel, F7X3.

UBS

BS North America Report
Overview Figures NAM
July 2004
Contact: [illegible]

# Overview Figures North America

| | | YTD Jul 04 Assets (in CHFm) | YTD Jul 04 AMS | YTD Jul 04 ROA | July 2004 NNM (in CHFm) | July 2004 Revenue (in CHFm) |
|---|---|---|---|---|---|---|
| North America | | 27'077 | 56.5% | 1.13% | -97.7 | 23.7 |
| W9 | [redacted] | | | | | |
| CAN DOM | [redacted] | | | | | |
| CAN INTL | [redacted] | | | | | |
| NON W9 | | 15'971 | 64.3% | 1.23% | -72.9 | 15.7 |
| | KEY CLIENTS NAM (OGECBQA) | 1'018 | 50.9% | 1.03% | 6.5 | 0.9 |
| | [redacted] | | | | | |
| | WM US NORTH EAST (OGEKSYA) | 5'460 | 61.4% | 1.21% | -22.8 | 5.2 |
| | CD CORE AFFLUENT NE ZH (OGEAKKA) | 917 | 74.1% | 1.47% | -5.4 | 1.1 |
| | CD US NE ZH (OGABVCA) | 1'548 | 63.6% | 1.25% | -15.1 | 1.6 |
| | CD US NE ZH HNWI (OGAHTQA) | 1'837 | 58.2% | 1.07% | 2.7 | 1.6 |
| | CD US NE LG (OGAZ4WA) | 749 | 60.6% | 1.17% | -5.8 | 0.7 |
| | MGT CT US NE (AXTF) (OGAAXEA) | 409 | 40.7% | 0.79% | -1.2 | 0.2 |
| | WM US MIDWEST/ SE/ WESTERN (OGE96JA | 4'349 | 67.7% | 1.22% | -26.8 | 4.3 |
| | CD US MW ZH (OGAZAVA) | 1'101 | 70.2% | 1.18% | -0.1 | 1.1 |
| | CD US SE ZH (OGAZSQA) | 1'492 | 45.4% | 1.00% | -21.3 | 1.2 |
| | CD WESTERN ZH (OGAYHHA) | 1'756 | 85.0% | 1.46% | -5.8 | 2.0 |
| | [redacted] | | | | | |
| LONDON | NORTH AMERICA ADVISORS (OGFBABA) | [illegible] | [illegible] | [illegible] | [illegible] | 0.0 |
| | [redacted] | | | | | |

Permanent Subcommittee on Investigations
EXHIBIT #91





UBS

BS North America Report
Overview Figures NAM
August 2004
Contact: [illegible]

# Overview Figures North America

| | | Assets (in CHFm) | AMS (in %) | ROA (in %) | Aug 04 NNM* (in CHFm) | YTD Aug 04 NNM* (in CHFm) | Aug 04 Revenue (in CHFm) | YTD Aug 04 Revenue (in CHFm) |
|---|---|---|---|---|---|---|---|---|
| North America | | 27'099 | 56.6 | 1.12 | 51.1 | 362.3 | 24.3 | 196.3 |
| W9 | [redacted] | | | | | | | |
| CAN DOM | [redacted] | | | | | | | |
| CAN INTL | WM CANADA INTERNATIONAL | [illegible] | 54.8 | 1.25 | -9.5 | [illegible] | [illegible] | 41.8 |
| | CANADA INTL NASSAU | [illegible] | 53.7 | [illegible] | [illegible] | [illegible] | [illegible] | 1.1 |
| | CD CANADA INTERN. GENEVA | 1'208 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | CD CANADA INTERN. ZURICH | 3'611 | 54.2 | 1.27 | [illegible] | [illegible] | [illegible] | [illegible] |
| | CD CANADA EAST ZH | 1'710 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | CD CANADA WEST/ONTARIO ZH | 1'901 | [illegible] | 1.21 | [illegible] | [illegible] | 1.7 | 15.2 |
| NON W9 | | 15'911 | 64.7 | 1.23 | 53.7 | 221.5 | 15.7 | 130.0 |
| | [redacted] | | | | | | | |
| | WM US NORTH EAST | 5'533 | 51.9 | 1.21 | 71.8 | 133.3 | 5.4 | 44.3 |
| | CD CORE AFFLUENT NE ZH | 916 | 74.1 | 1.46 | -4.8 | -23.3 | 1.1 | 9.1 |
| | CD US NE ZH | 1'597 | 64.9 | 1.25 | 62.7 | 96.1 | 1.6 | 18.9 |
| | CD US NE ZH HNWI | 1'851 | 59.2 | 1.09 | 13.9 | 40.8 | 1.8 | 8.3 |
| | CD US NE LG | 762 | 58.6 | 1.17 | 0.3 | 1.2 | 0.7 | 5.8 |
| | MGT CT US NE (AXTF) | 406 | 41.0 | 0.79 | -1.0 | -8.3 | 0.3 | 2.2 |
| | WM US MIDWEST/ SE/ WESTERN | 4'282 | 68.2 | 1.21 | 6.4 | 109.6 | 4.1 | 34.9 |
| | CD US MW ZH | 1'090 | 75.0 | 1.17 | -7.5 | -5.5 | 1.0 | 8.6 |
| | CD US SE ZH | 1'446 | 46.3 | 0.99 | 72.0 | 31.2 | 1.2 | 10.0 |
| | CD WESTERN ZH | 1'746 | 81.0 | 1.44 | 8.1 | 70.7 | 1.9 | 16.2 |
| | WM AFFLUENT CLIENTS AMERICAS | 963 | 51.1 | [illegible] | [illegible] | -7.2 | 1.4 | 10.4 |
| | WM AFFLUENT CLIENTS AME LG | 55 | 56.9 | 1.61 | 0.2 | 0.8 | 0.1 | 0.6 |
| | WM AFFLUENT CLIENTS AME GE | 254 | 50.0 | 2.33 | -1.6 | 0.1 | 0.4 | 7.9 |
| | WM AFFLUENT CLIENTS AME ZH | 654 | 51.2 | 1.74 | 5.5 | -5.6 | 0.9 | 6.8 |
| LONDON | BAM ADVISORS | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | [redacted] | | | | | | | |

CONFIDENTIAL TREATMENT REQUESTED

UBS

BS North America Report
Overview Figures NAM
September 2004
Contact: [illegible] Tel 1923 [illegible]

# Overview Figures North America

| | | Assets in CHF m | AMS in % | ROA in % | Sep 04 NNM* in CHF m | YTD Sep 04 NNM* in CHF m | Sep 04 Revenue in CHF m | YTD Sep 04 Revenue in CHF m |
|---|---|---|---|---|---|---|---|---|
| North America | | 27'108 | 57.0 | 1.14 | 15.2 | 377.5 | 28.3 | 224.6 |
| W9 | [redacted] | | | | | | | |
| CAN DOM | [redacted] | | | | | | | |
| CAN INTL | WM CANADA INTERNATIONAL | [illegible] | [illegible] | 1.26 | [illegible] | 37.2 | [illegible] | [illegible] |
| | CANADA INTL NASSAU | [illegible] | [illegible] | [illegible] | [illegible] | 8.5 | [illegible] | [illegible] |
| | CD CANADA INTERN. GENEVA | [illegible] | [illegible] | [illegible] | [illegible] | -14.9 | 1.4 | 11.9 |
| | CD CANADA INTERN. ZURICH | [illegible] | [illegible] | [illegible] | [illegible] | 33.3 | [illegible] | [illegible] |
| | CD CANADA EAST ZH | 1'711 | [illegible] | 1.37 | 4.6 | -34.1 | 2.4 | 17.9 |
| | CD CANADA WEST/ONTARIO ZH | 1'926 | 51.3 | 1.23 | [illegible] | 57.4 | 2.2 | 17.4 |
| NON W9 | | 15'780 | 65.0 | 1.25 | -82.0 | 139.5 | 18.3 | 148.3 |
| | [redacted] | | | | | | | |
| | WM US NORTH EAST | [illegible] | 61.7 | 1.23 | [illegible] | [illegible] | [illegible] | 58.7 |
| | CD CORE AFFLUENT NE ZH | 533 | 74.7 | 1.50 | -4.5 | [illegible] | 1.4 | 10.5 |
| | CD US NE ZH | 1'433 | 63.8 | 1.26 | -28.2 | [illegible] | 1.7 | 20.6 |
| | CD US NE ZH HNWI | 1'935 | 58.8 | 1.12 | -2.3 | 47.6 | 2.0 | 10.3 |
| | CD US NE LG | 759 | 58.8 | 1.21 | -8.9 | -7.6 | 1.0 | 6.8 |
| | MGT CT US NE (AXTF) | 427 | 44.5 | 0.80 | -0.1 | -9.3 | 0.3 | 2.5 |
| | WM US MIDWEST/ SE/ WESTERN | 4'328 | 67.7 | 1.32 | [illegible] | [illegible] | 5.8 | [illegible] |
| | CD US MW ZH | 1'104 | 75.6 | 1.20 | -0.5 | -5.5 | 1.4 | 10.0 |
| | CD US SE ZH | 1'486 | 44.5 | 1.00 | -19.2 | 11.4 | 1.3 | 11.3 |
| | CD WESTERN ZH | [illegible] | 85.6 | 1.46 | -5.4 | 71.5 | 2.4 | 18.6 |
| | WM AFFLUENT CLIENTS AMERICAS | 1'911 | 51.8 | 1.48 | 1.3 | -5.9 | 1.4 | 11.8 |
| | WM AFFLUENT CLIENTS AME LG | 55 | 55.8 | 1.90 | 0.2 | 0.9 | 0.1 | 0.7 |
| | WM AFFLUENT CLIENTS AME GE | 253 | 49.5 | 2.29 | 0.2 | 0.3 | 0.4 | 3.4 |
| | WM AFFLUENT CLIENTS AME ZH | [illegible] | 52.3 | 1.72 | -1.2 | -6.8 | 0.9 | 7.7 |
| LONDON | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | [redacted] | | | | | | | |





UBS

BS North America Report
Overview Figures NAM
October 2004
Contact: [illegible] Tel 1923 [illegible]

# Overview Figures North America

| | | Assets in CHF m | AMS in % | ROA in % | Oct 04 NNM* in CHF m | YTD Oct 04 NNM* in CHF m | Oct 04 Revenue in CHF m | YTD Oct 04 Revenue in CHF m |
|---|---|---|---|---|---|---|---|---|
| North America | | 26'429 | 56.4 | 1.13 | -131.0 | 246.5 | 23.6 | 248.2 |
| W9 | [redacted] | | | | | | | |
| CAN DOM | [redacted] | | | | | | | |
| CAN INTL | WM CANADA INTERNATIONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | CANADA INTL NASSAU | [illegible] | [illegible] | [illegible] | [illegible] | -34.4 | [illegible] | 2.2 |
| | CD CANADA INTERN. GENEVA | [illegible] | [illegible] | [illegible] | -4.3 | -21.2 | -1.2 | 12.2 |
| | CD CANADA INTERN. ZURICH | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | CD CANADA EAST ZH | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | CD CANADA WEST/ONTARIO ZH | 1'875 | 50.4 | 1.22 | -44.6 | [illegible] | [illegible] | [illegible] |
| NON W9 | | 15'375 | 64.9 | 1.25 | -44.3 | 95.2 | 14.9 | 163.3 |
| | [redacted] | | | | | | | |
| | WM US NORTH EAST | [illegible] | [illegible] | 1.22 | [illegible] | [illegible] | [illegible] | [illegible] |
| | CD CORE AFFLUENT NE ZH | [illegible] | [illegible] | [illegible] | -1.7 | [illegible] | [illegible] | 10.5 |
| | CD US NE ZH | 1'452 | 70.5 | 1.28 | -17.9 | 51.9 | 1.5 | [illegible] |
| | CD US NE ZH HNWI | [illegible] | 57.5 | 1.10 | 1.3 | 40.9 | 2.0 | 12.3 |
| | CD US NE LG | 751 | 59.1 | 1.21 | 10.7 | 3.0 | 0.8 | 7.6 |
| | MGT CT US NE (AXTF) | 622 | 54.1 | 0.82 | -7.1 | -14.4 | 0.5 | 3.0 |
| | WM US MIDWEST/ SE/ WESTERN | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 4.2 | 44.1 |
| | CD US MW ZH | [illegible] | [illegible] | [illegible] | -3.2 | [illegible] | 0.9 | 10.8 |
| | CD US SE ZH | 1'437 | 44.6 | 1.01 | -26.6 | -45.2 | 1.3 | 12.8 |
| | CD WESTERN ZH | [illegible] | 85.0 | 1.45 | -5.4 | [illegible] | 2.0 | 20.7 |
| | WM AFFLUENT CLIENTS AMERICAS | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 1.5 | [illegible] |
| | WM AFFLUENT CLIENTS AME LG | 55 | 56.0 | 1.80 | [illegible] | 1.0 | 0.1 | 0.8 |
| | WM AFFLUENT CLIENTS AME GE | 233 | 47.9 | 2.26 | -1.0 | 0.6 | 0.4 | 3.6 |
| | WM AFFLUENT CLIENTS AME ZH | 701 | 52.0 | 1.71 | -1.6 | -8.4 | 1.8 | [illegible] |
| LONDON | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | [redacted] | | | | | | | |

UBS

BS North America Report
Overview Figures NAM

# Overview Figures North America

| | | Assets in CHFm | AMS in % | ROA in % | Nov 04 NNM* in CHFm | YTD Nov 04 NNM* in CHFm | Nov 04 Revenue in CHFm | YTD Nov 04 Revenue in CHFm |
|---|---|---|---|---|---|---|---|---|
| North America | | 25'878 | 56.3 | 1.13 | -21.3 | 225.2 | 24.6 | 272.9 |
| W9 | [redacted] | | | | | | | |
| CAN DOM | [redacted] | | | | | | | |
| CAN INTL | WM CANADA INTERNATIONAL | 5'264 | 54.3 | 1.25 | 24.1 | -15.4 | 5.2 | 59.3 |
| | CANADA INTL NASSAU | 1'700 | 47.8 | 0.81 | 38.5 | 2.1 | 0.5 | 2.7 |
| | CD CANADA INTERN GENEVA | 1'152 | 92.2 | 1.25 | 3.1 | -16.1 | 1.2 | 13.9 |
| | CD CANADA INTERN ZURICH | 2'742 | 55.4 | 1.20 | -17.8 | 3.3 | 3.5 | 42.7 |
| | CD CANADA EAST ZH | 1'822 | 60.3 | 1.36 | -2.8 | -36.0 | 1.8 | 21.6 |
| | CD CANADA WEST/ONTARIO ZH | 1'828 | 51.2 | 1.27 | -14.3 | 38.1 | 1.8 | 21.1 |
| NON W9 | | 15'025 | 64.7 | 1.25 | -52.5 | 42.8 | 15.7 | 179.0 |
| | [redacted] | | | | | | | |
| | WM US NORTH EAST | 5'782 | 61.2 | 1.21 | -44.2 | 56.2 | 5.0 | 60.6 |
| | CD CORE AFFLUENT NE ZH | - | 0.0 | 1.56 | -4.4 | -38.0 | 0.0 | 10.5 |
| | CD US NE ZH | 1'371 | 71.7 | 1.26 | -7.2 | 44.7 | 1.5 | 23.7 |
| | CD US NE ZH HNWI | 2'297 | 57.5 | 1.11 | -14.8 | 34.0 | 2.2 | 14.8 |
| | CD US NE LG | 743 | 58.7 | 1.20 | 0.7 | 3.7 | 0.7 | 8.2 |
| | MGT CT US NE (AXTI) | 620 | 55.0 | 0.84 | 7.2 | -9.2 | 0.5 | 3.5 |
| | WM US MIDWEST/ SE/ WESTERN | 4'207 | 64.7 | 1.21 | -18.1 | 27.1 | 4.2 | 48.3 |
| | CD US MW ZH | 1'053 | 71.3 | 1.18 | -4.8 | -3.3 | 1.0 | 11.9 |
| | CD US SE ZH | 1'393 | 44.[illegible] | 1.50 | -8.5 | -23.9 | 1.1 | 13.7 |
| | CD WESTERN ZH | 1'761 | 64.3 | 1.44 | -4.9 | 51.8 | 2.0 | 22.7 |
| | WM AFFLUENT CLIENTS AMERICAS | 1'082 | 56.1 | 1.86 | 8.8 | -4.6 | 1.7 | 15.0 |
| | WM AFFLUENT CLIENTS AME LG | 54 | 58.0 | 1.80 | -5.0 | 1.0 | 0.1 | 0.9 |
| | WM AFFLUENT CLIENTS AME GE | 283 | 47.7 | 2.28 | -1.8 | -2.4 | 0.5 | 4.3 |
| | WM AFFLUENT CLIENTS AME ZH | 757 | 51.4 | 1.71 | -0.2 | -8.6 | 1.1 | 9.8 |
| LONDON | [redacted] | | | | | | | |





UBS

BS North America Report
Overview Figures NAM

# Overview Figures North America

| | | Assets in CHFm | AMS in % | ROA in % | Dec 04 NNM* in CHFm | YTD Dec 04 NNM* in CHFm | Dec 04 Revenue in CHFm | YTD Dec 04 Revenue in CHFm |
|---|---|---|---|---|---|---|---|---|
| North America | | 26'060 | 55.1 | 1.14 | -133.4 | 91.8 | 27.4 | 300.3 |
| W9 | [redacted] | | | | | | | |
| CAN DOM | [redacted] | | | | | | | |
| CAN INTL | WM CANADA INTERNATIONAL | 5'786 | 55.7 | 1.26 | -37.8 | 23.8 | 6.0 | 85.2 |
| | CANADA INTL NASSAU | 733 | 54.6 | 0.83 | [illegible] | [illegible] | 0.5 | 3.2 |
| | CD CANADA INTERN GENEVA | 1'159 | 37.5 | 1.26 | [illegible] | [illegible] | 4.3 | 15.2 |
| | CD CANADA INTERN ZURICH | 2'404 | 58.2 | 1.30 | [illegible] | 31.8 | 4.2 | 46.9 |
| | CD CANADA EAST ZH | 1'637 | 61.2 | 1.37 | [illegible] | [illegible] | 2.8 | 23.6 |
| | CD CANADA WEST/ONTARIO ZH | 1'367 | 51.8 | 1.24 | 11.6 | -106.0 | 2.1 | 28.3 |
| NON W9 | | 15'066 | 62.7 | 1.25 | -200.8 | -158.1 | 17.6 | 196.6 |
| | [redacted] | | | | | | | |
| | WM US NORTH EAST | 5'785 | 61.2 | 1.32 | 8.4 | 65.3 | 5.8 | 65.8 |
| | CD CORE AFFLUENT NE ZH | - | 0.0 | 1.88 | -0.2 | -30.2 | - | 10.5 |
| | CD MILLIONAIRES US NE ZH | 1'363 | 71.8 | 1.29 | -7.3 | 37.4 | 2.8 | 25.7 |
| | CD HNWI US NE ZH | 2'322 | 57.8 | 1.18 | -15.0 | 19.8 | 1.9 | 18.5 |
| | CD US NE LG | 765 | 57.1 | 1.21 | 2.0 | 5.7 | 0.8 | 9.1 |
| | MGT CT US NE (AXTI) | 655 | 56.4 | 0.86 | 26.1 | 16.8 | 0.5 | 4.1 |
| | WM US MIDWEST/ SE/ WESTERN | 4'193 | 64.7 | 1.24 | -179.9 | -153.9 | 4.8 | 53.8 |
| | CD US MW ZH | 1'069 | 68.7 | 1.18 | -18.5 | -23.5 | 1.1 | 13.0 |
| | CD US SE ZH | 1'414 | 45.6 | 1.01 | -1.5 | -24.5 | 1.3 | 15.1 |
| | CD WESTERN ZH | 1'610 | 83.7 | 1.47 | -160.5 | -107.1 | 2.3 | 25.0 |
| | WM AFFLUENT CLIENTS AMERICAS | 1'118 | 52.5 | 1.80 | -5.1 | -16.7 | 2.3 | 17.3 |
| | WM AFFLUENT CLIENTS AME LG | 58 | 57.6 | 1.96 | -0.2 | 1.2 | 0.1 | 1.0 |
| | WM AFFLUENT CLIENTS AME GE | 290 | 50.8 | 2.36 | -1.3 | -3.5 | 0.8 | 5.[illegible] |
| | WM AFFLUENT CLIENTS AME ZH | 771 | 52.[illegible] | 1.76 | -3.4 | -12.2 | 1.4 | 11.[illegible] |
| LONDON | [redacted] | | | | | | | |

512

## Overview Figures North America

January 2005

| | | Assets | AMS | ROA | Jan 05 NNM* | YTD Jan 05 NNM* | Jan 05 Revenue | YTD Jan 05 Revenue |
|---|---|---|---|---|---|---|---|---|
| North America | | 27'057 | 0.0 | 1.11 | 67.3 | 67.3 | 24.9 | 24.9 |
| SFA | UBS SFA AG | 427 | - | 0.32 | 1.5 | 1.5 | [illegible] | 0.1 |
| W9 | [redacted] | | | | | | | |
| CAN DOM | [redacted] | | | | | | | |
| CAN INTL | [redacted] | | | | | | | |
| NON W9 | | 15'515 | 0.0 | 1.21 | -12.6 | -12.6 | 15.7 | 15.7 |
| | [redacted] | | | | | | | |
| | WM US NORTH EAST (OGEKSYN) | 5'300 | 0.0 | 1.15 | -51.9 | -51.9 | 5.0 | 5.0 |
| | CD US NE ZH HNWI | 2'338 | 0.0 | 1.11 | -58.7 | -58.7 | 2.2 | 2.2 |
| | CD MILLIONAIRES US NE ZH | 1'380 | 0.0 | 1.36 | -5.4 | -5.4 | 1.6 | 1.6 |
| | CD US NE LG | 792 | 0.0 | 1.11 | 1.1 | 1.1 | 0.7 | 0.7 |
| | MGT CT US NE | 678 | 0.6 | 0.91 | 2.7 | 2.7 | 0.5 | 0.1 |
| | RETENTION CD US NE | - | 0.0 | 0.0 | -1.7 | -1.7 | -0.0 | -0.0 |
| | WM US MIDWEST/ SE/ WESTERN | 4'348 | 0.0 | 1.33 | 6.6 | 6.6 | 4.3 | 4.3 |
| | CD US MW ZH | 1'095 | 0.0 | 1.26 | 2.9 | 2.9 | 1.2 | 1.2 |
| | CD US SE ZH | 1'467 | 0.0 | 0.98 | 5.7 | 5.7 | 1.2 | 1.2 |
| | CD WESTERN ZH | 1'681 | 0.0 | 1.42 | -2.0 | -2.0 | 2.0 | 2.0 |
| | WM AFFLUENT CLIENTS AMERICAS | 1'150 | 0.6 | 1.86 | 5.0 | 5.0 | 1.6 | 1.6 |
| | WM AFFLUENT CLIENTS AME LG | 57 | 0.0 | 1.86 | 0.7 | 0.7 | 0.1 | 0.1 |
| | WM AFFLUENT CLIENTS AME GE | 291 | 0.0 | 1.89 | -0.0 | -0.0 | 0.5 | 0.5 |
| | WM AFFLUENT CLIENTS AME ZH | 808 | 0.0 | 1.90 | 4.8 | 4.8 | 1.1 | 1.1 |
| LONDON | [redacted] | | | | | | | |

CONFIDENTIAL TREATMENT REQUESTED UPSI 00060252

513

UBS

US North America Report
Overview Figures NAM
February 2005

## Overview Figures North America

| | | Assets | AMS | ROA | Feb 05 NNM* | YTD Feb 05 NNM* | Feb 05 Revenue | YTD Feb 05 Revenue |
|---|---|---|---|---|---|---|---|---|
| North America | | 26'922 | 53.9 | 1.13 | 20.5 | 88.9 | 25.6 | 50.6 |
| SFA | UBS SFA AG | 326 | n/a | 0.40 | 0.7 | 2.2 | 0.2 | 0.4 |
| W9 | [redacted] | | | | | | | |
| CAN DOM | [redacted] | | | | | | | |
| CAN INTL | [redacted] | | | | | | | |
| NON W9 | | 15'413 | 63.2 | 1.25 | -58.1 | -63.2 | 16.5 | 32.2 |
| | [redacted] | | | | | | | |
| | WM US NORTH EAST | 5'192 | 61.1 | 1.27 | 16.4 | -44.0 | 5.5 | 10.5 |
| | CD US NE ZH HNWI | 2'387 | 55.8 | 1.20 | 51.5 | -7.2 | 2.6 | 4.7 |
| | CD MILLIONAIRES US NE ZH | 1'375 | 73.0 | 1.36 | 12.2 | 6.5 | 1.6 | 3.1 |
| | CD US NE LG | 780 | 58.3 | 1.14 | -4.7 | -3.0 | 0.8 | 1.5 |
| | MGT CT US NE | 630 | 59.3 | 1.00 | -40.7 | -78.6 | 0.6 | 1.1 |
| | RETENTION CD US NE | 7 | 32.9 | 2.62 | -1.8 | -1.8 | 0.0 | 0.0 |
| | WM US MIDWEST/ SE/ WESTERN | 4'196 | 67.8 | 1.23 | -24.2 | -17.8 | 4.3 | 8.7 |
| | CD US MW ZH | 1'093 | 72.8 | 1.20 | -6.3 | 2.6 | 1.6 | 2.7 |
| | CD US SE ZH | 1'438 | 45.0 | 0.99 | -19.3 | -13.5 | 1.2 | 2.4 |
| | CD WESTERN ZH | 1'666 | 83.7 | 1.42 | -4.7 | -6.7 | 2.1 | 4.1 |
| | CD MW SE/ WE SPECIAL CLIENTS | - | 9.0 | 0.0 | | - | 0.0 | 0.0 |
| | WM AFFLUENT CLIENTS AMERICAS | 1'782 | 52.8 | 1.48 | -0.1 | 3.1 | 1.7 | 3.2 |
| | WM AFFLUENT CLIENTS AME LG | 55 | 59.4 | 1.84 | -0.1 | -0.1 | 0.1 | 0.2 |
| | WM AFFLUENT CLIENTS AME GE | 286 | 51.9 | 1.95 | -1.0 | -2.1 | 0.5 | 0.9 |
| | WM AFFLUENT CLIENTS AME ZH | 840 | 53.3 | 1.34 | 0.9 | 5.3 | 1.1 | 2.2 |
| LONDON | [redacted] | | | | | | | |

CONFIDENTIAL TREATMENT REQUESTED UPSI 00060253

UBS

BS North America Report
Overview Figures NAM
March 2005
Contact: Jana Kurth Tel. 1933 - 74795

# Overview Figures North America

| | | Assets (in CHFm) | AMS (in %) | ROA (in %) | Mar 05 NNM* (in CHFm) | YTD Mar 05 NNM* (in CHFm) | Mar 05 Revenue (in CHFm) | YTD Mar 05 Revenue (in CHFm) |
|---|---|---|---|---|---|---|---|---|
| North America | | 27'290 | 54.3 | 1.18 | -135.8 | -47.0 | 29.2 | 79.9 |
| SFA | UBS SAA AG | 1'966 | 38.5 | 0.40 | -8.7 | -7.6 | 0.5 | 0.8 |
| W9 | [redacted] | | | | | | | |
| CAN DOM | [illegible] | | | | | | | |
| CAN INTL | [illegible] | | | | | | | |
| NON W9 | | 15'614 | 62.7 | 1.31 | -94.0 | -157.2 | 18.7 | 50.9 |
| | [redacted] | | | | | | | |
| | WM US NORTH EAST | 5'198 | 60.4 | 1.27 | -40.4 | -143.4 | 6.1 | 16.5 |
| | CD US NE ZH HNWI | 1'348 | 54.8 | 1.23 | -111.0 | -118.3 | 2.5 | 7.3 |
| | CD MILLIONAIRES US NE ZH | 1'791 | 73.3 | 1.50 | -6.9 | -0.4 | 2.1 | 5.2 |
| | CD US NE LG | 802 | 58.1 | 1.19 | 5.0 | 1.4 | 0.9 | 2.4 |
| | MGT CT US NE | 635 | 59.1 | 1.04 | 14.8 | -23.2 | 0.6 | 1.7 |
| | RETENTION CD US NE | 2 | 74.3 | 2.53 | -1.2 | -3.0 | 0.0 | 0.0 |
| | WM US MIDWEST/ SE/ WESTERN | 4'254 | 67.6 | 1.32 | -0.0 | -17.6 | 5.2 | 18.9 |
| | CD US MW ZH | 1'110 | 71.8 | 1.23 | 7.7 | 4.3 | 1.2 | 3.4 |
| | CD US SE ZH | 1'457 | 46.1 | 1.04 | -0.5 | -14.0 | 1.4 | 3.8 |
| | CD WESTERN ZH | 1'686 | 83.4 | 1.61 | -1.2 | -7.9 | 2.6 | 6.7 |
| | CD MW/ SE/ WE SPECIAL CLIENTS | 1 | 0.0 | 3.43 | -0.0 | -0.0 | 0.0 | 0.0 |
| | WM AFFLUENT CLIENTS AMERICAS | 1'239 | 53.1 | 1.78 | 0.9 | 4.0 | 1.8 | 5.1 |
| | WM AFFLUENT CLIENTS AME LG | 55 | 54.5 | 1.82 | 0.3 | 0.2 | 0.1 | 0.3 |
| | WM AFFLUENT CLIENTS AME GE | 316 | 52.4 | 1.95 | -0.0 | -2.1 | 0.3 | 1.5 |
| | WM AFFLUENT CLIENTS AME ZH | 867 | 53.1 | 1.80 | 0.7 | 5.9 | 1.2 | 3.4 |
| LONDON | [illegible] | | | | | | | |

CONFIDENTIAL TREATMENT REQUESTED





UBS

BS North America Report
Overview Figures NAM
August 2005
Contact: Jana Kurth-Speal
Tel. 1933 - 74795

# Overview Figures North America

| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|---|
| North America | 81.2 | 51.2 | 0.86 | 31.6 | [illegible] | [illegible] | [illegible] | [illegible] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| MILLIONAIRES ZH | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| MILLIONAIRES GE | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| AFFLUENT AME | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| W9 BUSINESS ROW | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| TOTAL US INTL MILLIONAIRES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| HNWI GE 1 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| HNWI GE 2 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| HNWI NE ZH | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| HNWI MW/SE/WE ZH | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| ADVISORS LONDON | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| TOTAL US INTL HNWI | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| > SFA | 2.1 | 37.0 | 0.66 | 37.6 | 1.3 | 6.3 | 98.0 | -12.5 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| EUROPE DESKS AMERICA NY | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| EUROPE DESKS BAHAMAS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| JULIUS BAER NAM L A | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| > Can International | 6.0 | 53.9 | 1.26 | 33.1 | 6.1 | 48.4 | 21.5 | 40.2 |
| CD CANADA EAST ZH | 1.8 | 62.6 | 1.36 | 44.7 | 1.9 | 15.9 | 0.5 | -15.8 |
| CD CANADA WEST/ONTARIO ZH | 2.0 | 52.9 | 1.28 | 25.5 | 2.1 | 16.6 | 5.2 | 19.1 |
| CD CANADA INTERN. GENEVA | 1.3 | 57.7 | 1.32 | 30.9 | 1.4 | 10.9 | 24.6 | 20.4 |
| CANADA INTL NASSAU | 0.8 | 45.9 | 0.94 | 29.7 | 0.7 | 5.0 | -7.8 | 16.5 |
| > [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| CD CAN TORONTO | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| CD CAN MONTREAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| CD CAN VANCOUVER | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| CD CAN CALGARY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| CD LATIN AMERICA TORONTO | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| > KeyClient Development NAM | 2.9 | 0.8 | 0.07 | 0.1 | 0.1 | 0.3 | 1708.9 | 1726.3 |

Source: Figures based on [illegible]

* US Con. Figures [illegible] deficiencies, etc. Revenues [illegible] corrected in Sep 2005

CONFIDENTIAL TREATMENT REQUESTED

UBS

BS North America Report
Overview Figures NAM
September 2005
Contact: Jana Fuchs-Sneed
Tel. 1923 74795

# Overview Figures North America

| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|---|
| North America | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| MILLIONAIRES ZH | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| MILLIONAIRES GE | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| AFFLUENT AME | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| W9 BUSINESS NOW | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **TOTAL US INTL MILLIONAIRES** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| HNWI GE 1 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| HNWI GE 2 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| HNWI NE ZH | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| HNWI MW/SE/WE ZH | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| ADVISORS LONDON | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| TOTAL US INTL HNWI | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **> SFA** | 2.1 | 97.3 | 0.87 | 97.2 | 1.3 | 7.4 | -2.4 | 116.0 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| EUROPE DESKS AMERICA NY | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| EUROPE DESKS BAHAMAS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| JULIUS BAER NAM LA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **> Can International** | 6.2 | 56.2 | 1.28 | 33.1 | 7.8 | 56.0 | -20.9 | 10.3 |
| CD CANADA EAST ZH | 1.9 | 62.5 | 1.40 | 44.6 | 2.7 | 18.6 | -1.2 | -17.0 |
| CD CANADA WEST/ONTARIO ZH | 2.1 | 52.5 | 1.29 | 25.2 | 2.5 | 19.1 | -16.2 | 2.8 |
| CD CANADA INTERN. GENEVA | 1.4 | 59.5 | 1.34 | 31.6 | 1.7 | 12.6 | 4.0 | 24.4 |
| CANADA INTL NASSAU | 0.8 | 46.3 | 0.95 | 29.1 | 0.7 | 5.7 | -16.4 | 0.1 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| CD CAN TORONTO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| CD CAN MONTREAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| CD CAN VANCOUVER | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| CD CAN CALGARY | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| CD LATIN AMERICA TORONTO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **> KeyClient Development NAM** | 3.1 | 0.8 | 0.07 | 0.1 | 0.2 | 0.4 | 18.0 | 1744.3 |

Source: Figures based on CMIS/Domino (Facts&Figures Report on GCRS)
US Dom. Figures with deficiencies





UBS

BS North America Report
Overview Figures NAM
October 2005
Contact: Jana Fuchs-Sneed
Tel. 1923 74795

# Overview Figures North America

| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|---|
| North America | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| MILLIONAIRES ZH | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| MILLIONAIRES GE | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| AFFLUENT AME | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| W9 BUSINESS ROW | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **TOTAL US INTL MILLIONAIRES** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| HNWI GE 1 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| HNWI GE 2 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| HNWI NE ZH | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| HNWI MW/SE/WE ZH | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| ADVISORS LONDON | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| TOTAL US INTL HNWI | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **> SFA** | 2.1 | 38.3 | 1.08 | 37.8 | -1.3 | 8.7 | -8.9 | 233.8 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| EUROPE DESKS AMERICA NY | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| EUROPE DESKS BAHAMAS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| DESK 18 NAM LOS ANGELES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **> Can International** | 6.2 | 58.0 | 1.30 | 32.6 | 7.4 | 63.4 | 62.4 | 72.7 |
| CD CANADA EAST ZH | 1.9 | 62.1 | 1.39 | 44.3 | 2.1 | 20.7 | 12.3 | -4.7 |
| CD CANADA WEST/ONTARIO ZH | 2.1 | 52.7 | 1.29 | 24.7 | 2.3 | 21.4 | 19.2 | 22.0 |
| CD CANADA INTERN. GENEVA | 1.4 | 58.7 | 1.32 | 30.8 | 1.3 | 14.0 | 32.0 | 56.4 |
| CANADA INTL NASSAU | 0.8 | 46.4 | 1.10 | 29.2 | 1.7 | 7.4 | -1.0 | -0.9 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| CD CAN TORONTO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| CD CAN MONTREAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| CD CAN VANCOUVER | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| CD CAN CALGARY | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| CD LATIN AMERICA TORONTO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **> KeyClient Development NAM** | 3.6 | 6.7 | 0.10 | 5.9 | 0.5 | 8.9 | 7.3 | 1751.5 |

Source: Figures based on CMIS/Domino (Facts&Figures Report on GCRS)

## Case Studies Cross-Border Workshop NAM

- **Please go through each case. Put yourself into the concrete situation as it occurs in real life.**
- **Do not tackle the case with the perspective of what you think that Legal, Compliance, IT or Security Risk wants to hear.**
- **Compare your behaviours with the ones of your colleagues in the group.**
- **Identify and note questions you want to raise in the plenary session.**

### Case 1

During your trip to the USA/Canada, where you wish to visit various clients, you are stopped at the border by the customs authority or during your stay by the police and confronted with the following questions:

- purpose of your visit
- your profession
- people you are going to visit
- content of your baggage incl. notebook, cell phone, PDA (SMS, MMS, digital photographing) or Blackberry

**Question 1: How do you react? How do you prepare for such a potential confrontation? How did you fill out your immigration form?**

You get a strange feeling about the way the way the questions are asked. You remember that, with the intention to avoid having to carry those documents with you, you had sent an envelope with some of the sensitive account related data to your hotel (alternatively: a friend in the respective country whom you know very well; a family member; a local business contact).

**Question 2: How do you handle sensitive documents you want to use during your visit (such as account statements and similar documents) when planning a trip to the USA/Canada?**

### Case 2

During the discussion with a very interesting prospect in the USA/Canada he/she indicates that he/she has a substantial amount of money to transfer from his/her home country to your bank. The prospect queries whether the bank can assist him/her in this respect. He/She mentions in the same token that Bank XYZ had offered him/her very concrete services for his/her assistance.

**Question: How do you react? Would it make a difference if the person was a long standing client of the bank?**

### Case 3

During a trip to the USA/Canada you intend to meet client X. He recently gave you a telephone call and asked you to bring his latest account statements with you at your next visit. He also mentioned that he would like to hand over to you a number of written trading orders and to discuss them at the proposed meeting. Finally, he refers to the telephone conversation you had with him some weeks ago regarding the advantages of a PM mandate and he asked you to also bring along the necessary documents for the conclusion of a PM contract.

Permanent Subcommittee on Investigations
EXHIBIT #92



Due to a conflict of dates you are not able to travel. As you do not want to disappoint your client, you consider making a call to the local UBS branch/subsidiary (where you know one of the officers very well) and ask an officer to meet your client and to satisfy his requests on your behalf.

**Question 1: What do you think of this idea?**

**Question 2: Generally speaking, to what extent and in which activities can your colleague of the local branch/subsidiary be of assistance? Please go through concrete situations as they occur in your daily work.**

### Case 4

After passing the immigration desk during your trip to the USA/Canada, you are intercepted by the authorities. By checking your Palm, they find all your client meetings. Fortunately you stored only very short remarks of the different meetings and no names.

As you spend around one week in the same hotel, the longer you stay there, the more you get the feeling of being observed. Sometimes you even doubt if all of the hotel employees are working for the hotel. A lot of client meetings are held in your suite of the hotel.

One morning your are intercepted by an FBI-agent. He looks for some information about one of your clients and explains to you, that your client is involved in illegal activities.

**Question 1: What would you do in such a situation?**

**Question 2: What are the signs indicating that something is going on?**

### Case 5

As you had a lot of documents to take with you to your trip to the USA/Canada, the carry on luggage was very heavy and you decided to put your notebook in the checked luggage. When arriving at your destination, you realise that your notebook is missing. You are not sure, whether you had a separate excel-file with a client summary still on your notebook.

**Question 1: What would you do in such a situation?**

Later on, when arriving at the hotel, you are contacted by an anonymous caller. He pretends having found your notebook at the airport and offers you a deal: He sends you the notebook if you pay him an amount of USD 100'000. Your notebook is equipped with the latest security features (encryption, token based authentication).

**Question 2: Your reaction**

αβ

Strictly Confidential

UBS AG
Postfach
8098 Zürich
Tel. +41-44-234 11 11

# Memorandum

15 November 2007

to

cc

from

subject Internal Memo

Changes in business model for U.S. private clients

Dear Colleagues

As part of our ongoing efforts to better serve our clients and to streamline and simplify our business in compliance with applicable laws and regulations, we have decided to realign the business model for U.S. clients by focusing our resources on our wealth management operations based in the United States ("U.S. units") and UBS Swiss Financial Advisers in Zurich ("UBS SFA"). Our U.S. units provide a complete set of sophisticated wealth management services to private clients. UBS SFA is an SEC-registered investment advisor and Swiss-regulated entity that offers investment programs in the Swiss tradition, trained private bankers and expertise in global investment diversification.

After the acquisition of PaineWebber in 2000, UBS has worked to better accommodate the global needs of U.S. clients. The establishment of UBS SFA in 2005 was a further important step in that process. UBS SFA has proved to be very successful and clients have responded very positively. UBS also has provided limited services to U.S. private clients who chose to maintain assets with UBS AG, governed by our established policies and procedures.

Over the years we have periodically reviewed these offerings in order to provide the best level of service to our clients in compliance with applicable laws and regulations. As part of these periodic reviews, we have recognized for some time that the current business structure is complex and could benefit from being simplified and streamlined. UBS has decided to accelerate the consolidation of our offerings to U.S. clients on these two platforms, U.S. units and UBS SFA.

We decided to further realign the overall structure and service model for U.S. clients by:

- Increasing our focus on the U.S. units and UBS SFA by permitting new account opening for securities related services only within those units;
- Discontinuing client relationships with assets below CHF 50,000;
- Permitting new account openings for banking services only with a minimum asset size of CHF 250,000; and
- Servicing clients only in their respective booking center.

The changes are effective immediately.

Permanent Subcommittee on Investigations
**EXHIBIT #93**

468: Colleagues



TOTAL P.09

αβ



Further information and instructions will follow in the course of the ongoing implementation of the new business model.

~~If you have questions please contact our US competence center,~~ (Thomas Christen 1923-44753 / Thomas.christen@ubs.com). In case of questions from clients please contact U.S. competence center prior to answering their questions.

Best regards
Raoul Weil, Chairman and CEO Global Wealth Management & Business Banking

UBS AG

TALKING POINTS FOR INFORMING U.S. PRIVATE CLIENTS WITH SECURITIES HOLDINGS ABOUT THE REALIGNMENT OF OUR BUSINESS MODEL PLUS Q&A

~~A. Information that must be relayed on the call:~~

CA: Please permit me to explain the important changes that UBS has decided to make to the private banking relationships with our U.S. clients.

- As part of our ongoing efforts to better serve our clients and to streamline and simplify our business, we have decided to realign the services we offer to U.S. clients by focusing our resources on our wealth management operations based in the United States ("U.S. units") and UBS Swiss Financial Advisers ("SFA") in Zurich. Our U.S. units provide a complete set of sophisticated wealth management services to private clients. SFA is an SEC-registered investment adviser and Swiss regulated entity that offers investment programs in the Swiss tradition, trained private bankers and expertise in global investment diversification. If you would like to explore the services available through the U.S. units or SFA, please let me know and I will have a representative of those businesses contact you.

- Because of our increased focus on servicing our U.S. clients through the mentioned units, we are making some modifications to our existing service model. Specifically, if you would like to remain with UBS and do not choose to transfer your relationship to our U.S. units or SFA, we will not be able to open new securities accounts for you or any other U.S. client. Client advisors, including myself, will no longer be traveling outside of Switzerland to meet you, and you will only be serviced in your booking center location here in Switzerland. Moreover, in accordance with established policies, we will not be able to communicate with you about your securities account when you are in the United States. In other words, if you choose to maintain your account at UBS, any communication between us, including telephone, e-mail, fax, and written correspondence that involves your securities account must occur when you are outside the United States (which is subject to verification).[ NOTE TO CLIENT ADVISERS: THIS STATEMENT IS SUBJECT TO THE ONE-TIME EXCEPTION AS PER ANSWER 5 HEREAFTER]

We should emphasize that we will not be able to execute your securities instructions if we are not satisfied that you are outside the U.S. when giving such orders.

**********

**B. Questions and Answers**

**Q1. What do I need to do to transfer my assets to the U.S. units or SFA?**

A. I will have a representative of U.S. units/SFA contact you to explain the services they offer and the account opening process. Please note that the U.S. units and SFA provide Form 1099 tax reporting services and will require that you supply a W-9 form.

**Q2. What if I do not want U.S. tax reporting services or to supply a W-9?**

A. Then you may retain your current account subject to the modifications I just described.

Permanent Subcommittee on Investigations
EXHIBIT #94





**Q3. Is there any other option for me at UBS?**

A. I am afraid not. Although we very much would like to retain your business, if none of these choices is satisfactory to you, we will follow your instruction to transfer your assets to another institution if that is what you decide to do. Although we may accept simple instructions from the United States to transfer custody of your securities, i.e. you do not instruct us to sell your securities holdings or part of it but to transfer it in its entirety to another institution, please note that, in accordance with established policies, any instructions to sell your securities holdings (even as part of a transfer) must be given when you are outside of the United States and are subject to verification.

More generally, as I have mentioned, all instructions about selling, buying, redeeming, exchanging or otherwise engaging in securities transactions must be given when you are outside the United States, which is, of course, subject to verification

**Q4. If I decide to keep my existing account, how will I communicate with you?**

A. You may visit us in Switzerland. Otherwise you can only communicate with us when you are outside the United States. These requirements apply to phone, e-mail, fax, and correspondence. For example:

If you contact us by telephone, we will need to be able to verify that your call originated from outside the United States or request that you provide a non-U.S. phone number and return your call. In either case, we will ask you to tell us from where you are calling.

If you contact us by written correspondence, we will need clear evidence (such as a postmarks indicating that the point of mailing occurred outside the U.S.), and we will continue to retain your mail or send any outbound correspondence only to a non-U.S. mailing address.

If you contact us by facsimile, we will need to be able to verify that your fax transmission originated from outside the United States or request that you provide a non-U.S. phone number through which fax communications may be made.

If you contact us by e-mail, we will request that you provide a non-U.S. phone number and respond via a telephone conversation.

We may, of course, implement additional measures to verify that any such contact we have with you occurs only when you are outside the United States.

**Q5a. If I keep my existing account, may you provide me with information about my securities holdings when I am in the United States?**

A. With one limited exception, the answer is "no". During this conversation, I may tell you the aggregate valuation of your securities portfolio and describe the overall performance of your entire portfolio in the aggregate compared to a past time period. I will not, however, after this conversation be able to have any further conversations about these subjects nor may I discuss the performance of particular securities products and/or the allocations of securities products in your portfolio (neither currently nor historically) while you are in the United States. So this is a one-time exception.

**Q5b. If I keep my existing securities account with UBS, may I contact you from the United States to change my investment profile?**

A. No. Unfortunately, this type of communication may only be made when you are outside the United States. Again, we will have to verify that you are outside the United States.

**Q6. May I communicate with you from the United States about banking products?**

A. We may discuss banking products and services, including cash deposits, precious metals, credit and debit cards, loans, and safe deposits.

αβ

**Q7. May I sell my securities and place the proceeds with you in a cash account? If not, why not?**

A. As I mentioned before, for reasons of client service and business considerations, UBS is looking to promote its U.S. units and SFA and not to transfer existing securities accounts at UBS AG into cash accounts. However, if you determine it to be an option for you to be invested in cash only, you may instruct us to sell your securities holdings as long as such instruction is given when you are outside the United States (again, subject to verification). I should underscore that, even if you only have a cash account with us, we will only be able to meet with you at the booking location of the funds.

**Q8. You mentioned "business considerations" and "streamlining and simplifying." What on earth are you talking about?**

A. By concentrating the U.S. private client business in our U.S. units and SFA, we are able to increase operational and management efficiency, and focus on the services and product delivery models that we believe should hold the most long-term promise for our private client segments.

**Q9. Why did you decide to make this change now?**

A. This is a continuation of the evolution of our offerings to US private clients. Since UBS acquired PaineWebber in the United States and formed SFA in Switzerland, U.S. clients have responded very positively to the investment opportunities and service models they offer. We believe now is the right point in time to accelerate the consolidation of our offerings to US clients on these platforms.

**Q10. Are you doing this in response to pressure, especially from U.S. authorities?**

A. These changes are the result of the periodic review of our business and our continuing efforts to offer excellent service in compliance with applicable legal and regulatory requirements.

**Q 10a. Are you respectively UBS subject of an investigation of US regulators?**

UBS has to keep specifics about its regulatory interactions confidential. We are therefore not in a position to answer your question.

**Q 10b. Am I exposed because of the most recent events?**

As you will appreciate, UBS is bound by strict client confidentiality provisions the bank will, of course, abide by. They can only be lifted under strict conditions as per applicable law.

**Q11. If I decide to transfer my assets to SFA, will Swiss client confidentiality still apply?**

A. An SFA representative would be the best person to answer that question, but my understanding is that, although your information would be reported to the IRS and potentially available to the SEC, it otherwise generally would be covered by Swiss financial privacy protections.

**Q12. If I decide to keep my existing account, will you as my client adviser continue to service it?**

A. I will remain in my current position for at least the near term. After that point, I might consider other opportunities within the bank, including working for SFA, where I could continue to manage your assets.







αβ

**Q13. What are you going to do? Are you going to leave UBS?**

A. I will remain in my current position for at least the near term. After that point, I might consider other opportunities within the bank, including working for SFA, where I could continue to manage your assets.