UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60099-CR-ZLOCH

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRADLEY BIRKENFELD,

Defendant.
_______________________________/

**APPENDIX OF EXHIBITS IN SUPPORT OF SENTENCING MEMORANDUM OF DEFENDANT BRADLEY BIRKENFELD**

Respectfully submitted,

s/ **Robert W. Stickney**
Robert W. Stickney
Counsel for Defendant
One Financial Plaza
100 S.E. 3rd Avenue, Suite 2510
Fort Lauderdale, Florida 33394
Phone: (954) 767-8908 / Fax: (954) 767-8938
E-mail: rwstickney@yahoo.com
Fla. Bar No. 883130

s/ **David E. Meier**
David E. Meier
Counsel for Defendant
Todd & Weld LLP
28 State Street, 31st Floor
Boston, Massachusetts 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777
Email Address: dmeier@toddweld.com

Admitted *Pro Hac Vice*
Attorneys for the Defendant

Dated: August 18, 2009

| | |
|---|---|
| Exhibit A. | Transcript of Initial Appearance and Bond Hearing, dated May 13, 2008 |
| Exhibit B. | Transcript of Plea Colloquy, dated June 19, 2008 |
| Exhibit C. | Letter of Senator Carl Levin, Chairman of the United States Senate Permanent Subcommitee on Investigations, dated July 28, 2009 |
| Exhibit D. | Letter of Robert Khuzami, Director of the Division of Enforcement of the United States Securities and Exchange Commission, dated August 11, 2009 |
| Exhibit E. | Letter of John C. McDougal, Esquire, Office of the Chief Counsel of the United States Internal Revenue Service, dated August 14, 2009 |
| Exhibit F. | Excerpts of Senate report, Senator Levin statement at pp. 4-5 |
| Exhibit G. | See Exhibit Nos. 84-94 to July 17 and 25, 2008 Hearings Before the Investigations Subcommittee of the U.S. Senate Committee on Homeland Security and Governmental Affairs (materials that were provided by Mr. Birkenfeld to Committee) |
| Exhibit H. | Testimony of Commissioner Shulman to Congress, dated March 4, 2009 |
| Exhibit I. | Commissioner Shulman's announcement of the IRS Voluntary Disclosure Program, dated March 26, 2009 |
| Exhibit J. | Personal Letters in Support of Mr. Birkenfeld |