# Exhibit J

THAYER ACADEMY
745 Washington St.
Braintree, Massachusetts 02184
(781) 843-3580

Dear Sir/Madam, 19 November 2008

It is, indeed, a pleasure for me to write this character reference for Bradley Birkenfeld. I have known Brad for almost thirty years, and I can say unequivocally that he has exhibited nothing but the finest of human traits in every endeavor in which I have been involved with him. Although I had little contact with Brad during his first two years at Thayer Academy, I knew him by reputation. He was one of those students about whom faculty members talked because he was always engaged in classroom discussions and willing to express his opinions in front of others. Those opinions were always well considered and well expressed.

I finally did teach Brad, in French, and in psychology, in his senior year. At that time (1983), psychology was not a commonly taught subject in American high schools because it requires a sophistication and background that few high school students possessed. Brad came from a very well educated family, and he was well qualified, both in the level of his critical thinking and in his enthusiastic intellectual curiosity, to pursue the study of this field. Brad was a valuable member of the class because his contributions to discussion and his questions were always pertinent, to the point, and insightful. In French, Brad was a good, though not outstanding, student, but, in the ensuing years, he has put his French to better use than even the best students of French. He has lived and worked in Switzerland for many years and has become perfectly fluent in French – a fact about which he and I joke often.

After a couple of decades' hiatus, Brad and I resumed our relationship under circumstances that point out his generous spirit and concern for others. He approached me, as coordinator of foreign programs, with the idea of having a group of seniors do their 5-week Senior Project in Switzerland, visiting international companies and speaking with and questioning various executives. What developed was a very fine program in which 10-12 seniors spend three weeks in the Boston area studying business principles and visiting local companies before spending the final two weeks in Switzerland, under Brad's tutelage, visiting companies – visits arranged and conducted by Brad. We call it The Thayer Academy Senior Project in International Business, and it has become the flagship of both our Foreign Programs and our Senior Project activities.

This program was entirely Brad's idea, and he spends a great amount of effort and time helping to organize and execute it, while, at the same time, carrying on his personal business. Never is a strong word, but I can say that never has Brad failed to follow through on any aspect of this project. One can imagine how disconcerting it would be to arrive in a foreign country with a group of students and have arrangements be shoddily made. Even this past year, when Brad's business did not allow for his presence in Geneva during our stay, the trip went just as smoothly as it had the previous three years when he was available to us at all times. This is a tribute to his personal organization and his commitment to follow through on his promises.

Brad has become a valued personal friend, one on whom I know that I can count to put others before himself and to be straightforward in all his dealings. I am perfectly comfortable in vouching for his character and integrity and in assuring anyone who might be considering a relationship of any kind with him that he will be frank and will fulfill all responsibilities to that relationship.

Sincerely,

James B. Pickel, II
Teacher
Coordinator of Foreign Programs
Thayer Academy
Braintree, MA 02184 USA
781-664-2217
jpickel@thayer.org

**TO WHOM IT MAY CONCERN**

I, Hemo C. Bensky, born in Finland on the 4th of September 1955, have known Mr Brad Birkenfeld for approximately 10 years now.

First time we met was in Finland at the residence of a common friend of ours, and I noted immediately that this person was a warmhearted person, intelligent, and with a good sense of humour. Brad is always there for his good friends. He is a team player. Never any excuses.

Brad has always enjoyed travelling around the World, and learn more about different cultures, history, and customs, and to meet new friends at these places. Brad is at his best when he is among his closest allies, but at the same time he is a hardworking person who takes his obligations seriously.

It is difficult for me to emphasize enough, how much help my daughter Daniela received from Brad when applying for a place at the American University, some years back.

To my family Mr Brad Birkenfeld is and has always been a true and loyal friend.

Espoo, 9. November 2008

Yours Sincerely,

Mr Hemo C. Bensky

Oy Anglo-Nordic Ab
Hyttimestarintie 3
02780, Espoo, Finland

# ROSIE CASALS

To Whom It May Concern:

I have personally known Brad Birkenfeld and his family for over 30 years. I stayed in his family's house when I was playing professional tennis on the Virginia Slims Circuit in Boston back in the early 1970's. At the time Brad was just a youngster, but as Brad grew up, I developed a close friendship with him. Through-out the years, I have remained close friends with the Birkenfeld family and Brad as he pursued his career in banking. We would meet from time to time at tennis tournaments around the world or at family gatherings. We have always remained close and in touch and share some mutual friends as well.

As long as I've known Brad, he has always shown me to be a caring and honest person. He is someone I would trust with my life and money and someone I know would always do the right thing no matter at what cost to himself. He is someone who feels it's important to right the wrong regardless
of the price and someone you can depend on. His beliefs and committment in pursuing justice if injustice has been done is unwavering and without compromise.

I stand behind Brad and my friendship with him and what I've come to know about him. He is a good man and honest man who just wants to do what's right. He has put himself, family and friends at risk for what he believes to be right...he's paid a price and now you must judge him to be innocent.

Sincerely,

Rosie Casals

810 Snow Creek Canyon, Palm Desert, CA 92211