UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO.: 08-60099-CR-ZLOCH

       Plaintiff,

vs.

BRADLEY BIRKENFELD_____/

## SENTENCING MINUTES

Date: August 21, 2009      Court Reporter: Carl Schanzleh

Asst. U.S. Attorney: Jeffrey Neiman, AUSA/Kevin Downing, AUSA *Michael Ben'ary*

Defense Counsel: David Meier, Esq./Robert Stickney, Esq.

Probation: *Kathryn Gomez*   Interpreter: _____

Defendant: __X__ Present _____ Not Present __X__ On Bond _____ In Custody

## JUDGMENT AND SENTENCE

IMPRISONMENT:

| Count | Months |
|---|---|
| 1 | 40 |

COMMENTS: Ct. grants def's objection + will honor plea agreement. Ct. grants Gvn's mot. for downward departure

SUPERVISED RELEASE: 3 yrs.

✓ Maintain Employment  ✓ Search Person/Property  ____ Deportation

____ Drug/Alcohol Treatment  ✓ Financial Disclosure  ____ No Debt

✓ No Self-Employment Without Permission  OTHER:

*Related Concern Restriction*

SPECIAL ASSESSMENT: $ 100.00  FINE: $ 30,000  RESTITUTION: 0

OTHER:_____

Counts remaining dismissed on Government motion:_____

__✓__ Defendant advised of his right to appeal

____ Remanded to U.S. Marshal   ____ Released on bond pending appeal

__✓__ Voluntary surrender to __✓__ designated institution ____ U.S. Marshal on or before _Noon, 1-8-2010_____

Recommendations to the Bureau of Prisons:_____

_____

_____


Miscellaneous:___Courtroom Clerk:   Barbara Coats_____

_____

_____